# Exhibit 4

1

Exhibit 4 to Complaint

Detection of Business Email Compromise
U.S. 10,721,195

Evidence of Wursta's Sale, Offer for Sale, Implementation, Configuration, Administration, Support, Training, and Customer
Enablement of Google Workspace / Gmail Email-Security Functionality

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| 1pre. A system for detection of business email compromise, comprising: a processor configured to: | The cited Google Workspace technical evidence is relied on to show the underlying accused email-security functionality. The Wursta-specific allegations are based on Wursta's sale, offer for sale, implementation, configuration, administration, support, training, and managed-service delivery of Google Workspace and related Gmail email-security functionality for customers. ZapFraud does not allege that Wursta independently developed Google Workspace; rather, Wursta is accused based on its use, sale, offer for sale, implementation, configuration, administration, support, training, and customer enablement of the accused Google Workspace functionality.<br><br>For purposes of this claim chart, the "first party" corresponds to a trusted or allegedly trusted sender, such as an employee, executive, organizational user, or sender associated with the protected organization. The "second party" corresponds to the protected recipient or recipient organization. The "third party" corresponds to an external or unauthenticated sender distinct from the first party who sends a message that Google Workspace determines may impersonate or spoof the trusted first party, including by using the same display name or a similar domain.<br><br>Google Workspace includes Gmail email-security functionality configured to detect and respond to business email compromise and related email risks, including spoofing, employee-name spoofing, domain spoofing, suspicious links, phishing, and malware. Wursta sells, offers for sale, implements, configures, administers, supports, trains customers on, and/or provides services relating to Google Workspace and associated Gmail email-security functionality for customers, including Google Workspace migration, onboarding, optimization, premium support, managed services, virtual administration, security assessments, administrator training, and related support services.<br><br>: |

2

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite) [Gmail: Business Email Accounts & Service \| Google Workspace](#) |
|---|---|
| | - Google Workspace Migration & Onboarding ([https://wursta.com/digital-workplace/google-workspace-migration-onboarding/](https://wursta.com/digital-workplace/google-workspace-migration-onboarding/));<br>- Google Workspace Optimization & Support ([https://wursta.com/digital-workplace/google-workspace-optimization-support/](https://wursta.com/digital-workplace/google-workspace-optimization-support/));<br>- Application Development & Modernization ([https://wursta.com/custom-development/application-development-modernization/](https://wursta.com/custom-development/application-development-modernization/));<br>- Google Workspace Premium Support ([https://wursta.com/security-managed-services/google-workspace-premium-support/](https://wursta.com/security-managed-services/google-workspace-premium-support/));<br>- Virtual Admin Accelerate for Google Workspace ([https://wursta.com/digital-workplace/virtual-admin-accelerate/](https://wursta.com/digital-workplace/virtual-admin-accelerate/)); and<br>- Security & Cloud Risk Assessments ([https://wursta.com/cyber-security/security-and-risk-assessment/](https://wursta.com/cyber-security/security-and-risk-assessment/))<br><br>**Google Workspace Migration & Onboarding** |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite) <br> Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
|  | **Delivering Value with Google Workspace Implementation Services** <br><br> For Wursta, **it's not just transactional**. We're always looking at what's best for the customer. We're invested in understanding your business objectives and helping you be successful in the cloud. <br><br> As consultants, **we help make connections between your business initiatives and Google Workspace. Partnering with Wursta, clients achieve _their_ desired return**, whether it's saving time, increasing efficiency, or improving the user experience. <br><br> https://wursta.com/digital-workplace/google-workspace-migration-onboarding/ |

4

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
|  | **Keeping You Up to Date on Upcoming Google Offerings**<br><br>**We educate our clients on the latest Google roadmaps**, which aren't accessible to the public. As part of our ongoing communications, we provide quarterly updates **to overcome the knowledge gap, so you can stay informed** and be prepared to leverage the latest Google offerings. Your Dedicated Account Manager will inform you of upcoming enhancements and also **clarify the potential impacts to your business so you can plan ahead**.<br><br>https://wursta.com/digital-workplace/google-workspace-migration-onboarding/ |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
|  | **Wursta's Google Workspace Implementation Services**<br><br>**Google Workspace Setup**<br>We manage everything, from setting the proper default permissions for collaboration to ensuring your team's mobile devices are secure.<br><br>**Email, File, and Data Migration**<br>Moving your data to a new system can be more complicated than it looks. Wursta gets you there.<br><br>https://wursta.com/digital-workplace/google-workspace-migration-onboarding/ |

6

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | <br>https://wursta.com/digital-workplace/google-workspace-migration-onboarding/<br>**Google Workspace Optimization & Support** |

7

Exhibit 4 to Complaint

# Google Workspace Optimization Builds Seamless & Repeatable Processes

While Google products are simple and easy to use, organizations can still encounter challenges. We consult with our clients to consider your entire ecosystem and build forward-thinking IT plans. Wursta can also support your connections to other tools such as Salesforce.com and Slack, and develop custom apps and scripts to integrate with Google Workspace functionality.

**Wursta helps customers tackle questions like:**

✓ How do I manage identities throughout the user lifecycle?

✓ What do change management and admin training look like?

✓ Why am I getting phishing emails?

https://wursta.com/digital-workplace/google-workspace-optimization-support/;

8

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite) |
|---|---|
| | Gmail: Business Email Accounts & Service \| Google Workspace |
| | **Increase Adoption and Reduce Application Redundancies**<br><br>Google Workspace optimization ensures your organization is **making full use of all the functionality you're paying for**. Wursta's services include documenting your infrastructure to uncover duplicate tools. By training teams on availability Google Workspace functionality, many clients are able to **eliminate redundant apps, reducing costs**. Wursta has helped clients take advantage of Google Workspace spam-filtering capabilities to eliminate redundant tools such as Proofpoint and Mimecast. Our team has also successfully completed migrations from Box and Drobox to Google Drive.<br><br>https://wursta.com/digital-workplace/google-workspace-optimization-support/; |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
|  | **Comprehensive Discovery Process -> Metric-Driven Change Management**<br><br>Google Workspace optimization begins with a discovery phase to understand your unique business processes, how your employees interact with technology, and the corresponding workflows. This allows Wursta to create and implement a technology roadmap and **track business value and adoption metrics to analyze your success**. We strive to ensure our customers are using all the dollars spent as best they can, while taking into account both long- and short-term goals.<br><br>✓ Evaluate the setup & configuration of core services: Gmail, Calendar, Drive, Meet, Chat<br><br>https://wursta.com/digital-workplace/google-workspace-optimization-support/;<br>**Application Development & Modernization** |

10

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
|  | **Custom Application Development for Google Workspace and Google Cloud**<br><br>Wursta helps you get the most from your investment in the cloud by developing solutions that may integrate with existing Google Workspace functionality or other third-party systems. Let our team guide you **through the design strategy, UX, and back-end development to create a secure, scalable application**. Anchored on Google Cloud, your application can take advantage of everything that Google has to offer including mobility, machine learning, and global reach.<br><br>https://wursta.com/custom-development/application-development-modernization/<br><br>**Google Workspace Premium Support** |

11

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
|  | <br>https://wursta.com/security-managed-services/google-workspace-premium-support/<br><br>**Virtual Admin Accelerate for Google Workspace** |

12

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service | Google Workspace |
|---|---|
| | **Virtual Admin Accelerate for Google Workspace**<br><br>Reclaim your time and gain peace of mind with Wursta's Virtual Admin Accelerate service. Our Certified Professional Google Workspace Administrators offer expert management of the essential features of your Workspace – user management, onboarding/offboarding, access control, and 24/7/365 critical alerts. Focus on your business while we ensure an optimized and secure Google Workspace environment.<br><br>https://wursta.com/digital-workplace/virtual-admin-accelerate/ |

13

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service | Google Workspace |
|---|---|
| | **What's Included**<br><br>We strategically target the most burdensome aspects of Google Workspace administration to bring you the biggest benefits. Our service saves you time, cuts costs, enhances security, and maximizes your Workspace value.<br><br>**Review Baseline Configurations** — Review current Workspace configurations and document how they stand up against our recommendations and best practices<br><br>**User management** — React, respond and take action on requests for new user creation, former employee deprovisioning or existing user changes.<br><br>**License Management** — Monthly report of license usage insights such as quantity, type, status, increase, decrease over the previous month.<br><br>**Service Alerts & Support** — Initial setup and weekly reporting of security events and insights.<br><br>https://wursta.com/digital-workplace/virtual-admin-accelerate/<br><br>**Security & Cloud Risk Assessments**<br><br>**Health Checks for Google Workspace, Google Drive, Chrome & Google Cloud Platform** |

14

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
| | Organizations using cloud infrastructure retain responsibility for securing the data they put in the cloud in the well-known "shared responsibility model." With Wursta's Health Check, our security experts dive deep into your Google Cloud and Google Workspace tenants, identifying potential security risks hidden within your configurations. We go beyond simple checklists, leveraging our expertise and Google's recommended best practices to deliver actionable insights.<br><br>https://wursta.com/cyber-security/security-and-risk-assessment/ |

15

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service | Google Workspace |
| --- | --- |
| | **Security and Cloud Risk Assessment (S&CRA)**<br><br>Wursta's Security & Cloud Risk Assessment (S&CRA) goes beyond basic vulnerability scanning to provide you with a comprehensive analysis of your Google Cloud Platform and Google Workspace security controls, technology settings, and human capital practices. Our S&CRA is based on the NIST CSF to ensure your Google infrastructure complies with regulations such as CMMC and HIPAA.<br><br>https://wursta.com/cyber-security/security-and-risk-assessment/<br><br>Wursta touts its services including specifically with regard to the anti-phishing features of Google Workspace and Wursta's support services related to the same.  *See e.g.* https://www.youtube.com/watch?v=CNOgpd32MJ0 at approximately 9:29-10:13 and 12:58-14:10; see also https://www.youtube.com/watch?v=AZ2QCfyR5DY at approximately 18:48-19:28, 20:56-21:12 and 26:24-26:54. |

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite) Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | Cherian Harkins Dunham LLP retained Texas private investigator Todd L. Parish to contact Wursta and make inquiries regarding Wursta's services related to Google Workspace.  During a call on August 7, 2024, Mr. Parish spoke with Mr. Blake Jines-Storey at Wursta, who relayed that Wursta helps companies set up and/or migrate from other platforms such as Outlook and Microsoft Office to Google Workspaces, which entails offering small business services, license acquisition and domain configuration while additionally offering IP services to small businesses with that need. Mr. Jines-Storey further stated that a workflow study would be conducted to best implement Google Workspace and that Wursta would help configure Google Workspace to minimize Phishing emails and added that (a) Google has strong filters on their servers and when coupled with filters on the user's end would greatly minimize phishing emails; and (b) end users help train Google Workspace by denoting emails marked as spam from trusted users as from a trusted source.  In addition, Mr. Jines-Storey advised that licenses could be purchased directly from Google or through Wursta which would allow ongoing support from Wursta, in which case issues or problems would be addressed by Wursta.<br><br>**Google Workspace**<br><br>Google's Workspace includes a system for detection of business email compromise.<br><br>See https://knowledge.workspace.google.com/admin/gmail/advanced/advanced-phishing-and-malware-protection |

17

Exhibit 4 to Complaint

## Advanced security settings

- **Attachments**—Protection against suspicious attachments and scripts from untrusted senders. Includes protection against attachments types that are uncommon for your domain—these can be used to spread malware.

- **Links and external images**—Identify links behind short URLs, scan linked images for malicious content, and display a warning when you click links to untrusted domains.

- **Spoofing and authentication**—Protection against spoofing a domain name, employee names, email pretending to be from your domain, and unauthenticated email from any domain. Unauthenticated emails display a question mark next to the sender's name. Spoofing protection can be turned on for private groups, or for all groups.

With advanced settings, you can:

- Automatically turn on and apply future recommended settings. This ensures maximum protection for email and attachments for your domain.

- Provide the strongest level of protection for a domain or organizational unit by turning on all security options.

- Customize security settings by checking only the options you want to turn on. Unchecking all options turns off all advanced security settings for the domain or organizational unit.

- Specify an action for each security option you turn on. If you don't select an action, the default action is applied to the security option.

**Keep in mind:**

- **Other spam settings**—Generally, these advanced security features work independently of other spam settings you might have previously turned on. For example, even if you've listed a domain as a safe sender in spam settings, the enhanced security features are still applied.

- **Warning banners**—Certain Spam setting options prevent warning banners for possibly malicious messages. When you select either of these Spam setting options, Gmail never displays warning banners: **Bypass spam filters and hide warnings for messages from senders or domains in selected lists** and **Bypass spam filters and hide warnings for all messages from internal and external senders**. Warning banners (yellow box) appear only in Gmail web. Third-party apps do not display a warning banner.

- **Quarantine action**—When you select **Quarantine** for any of the advanced security settings, the quarantine you select applies *only* to incoming messages. This is true even when the quarantine you select specifies actions to take on outgoing messages. Allowlist settings don't override the **Quarantine** option.

18

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | See also<br>https://web.archive.org/web/20260210143031/https://support.google.com/a/answer/9157861#zippy=%2Cturn-on-suspicious-email-linkprotection-%20for-imap-users%2Cturn-on-spoofing-and-authentication-protection<br><br> |
| 1a. automatically determine that a first party is trusted by a second party, based on at least one of determining that the first party and | Google Workspace automatically determines that a first party is trusted by a second party at least by determining that the first party and second party belong to the same organization or protected Google Workspace domain. For example, Google Workspace's spoofing and authentication protections identify messages where the sender's name is a name in the protected organization's Google Workspace directory, but the email is not from the organization's company domains or domain aliases. Google's |

19

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| second party belong to the same organization and that at least a threshold number of messages have been transmitted between the second party and the first party during a period of time that exceeds a threshold time; | spoofing report likewise identifies "Display name" spoofing as messages where the sender's name is in the Google Workspace directory, but the mail is not from the company's domains or domain aliases. Wursta sells, implements, configures, administers, supports, trains customers on, and/or enables customer use of the Google Workspace functionality that performs this trust and spoofing analysis. On information and belief, one example approach Google uses is to determine that the first party and second party belong to the same organization<br><br>See https://knowledge.workspace.google.com/admin/gmail/advanced/advanced-phishing-and-malware-protection |

20

Exhibit 4 to Complaint

## Advanced security settings

- **Attachments**—Protection against suspicious attachments and scripts from untrusted senders. Includes protection against attachments types that are uncommon for your domain—these can be used to spread malware.

- **Links and external images**—Identify links behind short URLs, scan linked images for malicious content, and display a warning when you click links to untrusted domains.

- **Spoofing and authentication**—Protection against spoofing a domain name, employee names, email pretending to be from your domain, and unauthenticated email from any domain. Unauthenticated emails display a question mark next to the sender's name. Spoofing protection can be turned on for private groups, or for all groups.

With advanced settings, you can:

- Automatically turn on and apply future recommended settings. This ensures maximum protection for email and attachments for your domain.

- Provide the strongest level of protection for a domain or organizational unit by turning on all security options.

- Customize security settings by checking only the options you want to turn on. Unchecking all options turns off all advanced security settings for the domain or organizational unit.

- Specify an action for each security option you turn on. If you don't select an action, the default action is applied to the security option.

**Keep in mind:**

- **Other spam settings**—Generally, these advanced security features work independently of other spam settings you might have previously turned on. For example, even if you've listed a domain as a safe sender in spam settings, the enhanced security features are still applied.

- **Warning banners**—Certain Spam setting options prevent warning banners for possibly malicious messages. When you select either of these Spam setting options, Gmail never displays warning banners: **Bypass spam filters and hide warnings for messages from senders or domains in selected lists** and **Bypass spam filters and hide warnings for all messages from internal and external senders**. Warning banners (yellow box) appear only in Gmail web. Third-party apps do not display a warning banner.

- **Quarantine action**—When you select **Quarantine** for any of the advanced security settings, the quarantine you select applies *only* to incoming messages. This is true even when the quarantine you select specifies actions to take on outgoing messages. Allowlist settings don't override the **Quarantine** option.

21

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite) |
| --- | --- |
| | Gmail: Business Email Accounts & Service \| Google Workspace |
| | See also: https://web.archive.org/web/20260210143031/https://support.google.com/a/answer/9157861#zippy=%2Cturn-on-suspicious-email-linkprotection-%20for-imap-users%2Cturn-on-spoofing-and-authentication-protection <br><br> <br><br> While not a necessarily element because claim only requires "one of," on information and belief, another approach Google uses is to determine that at least a threshold number of messages have been transmitted between the second party and the first party during a period of time that exceeds a threshold time. <br><br> For example, in the context of Google Workspace calendars, Google automatically allows known senders to add events to a contact's calendar and it separately defines three categories |

22

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite) Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
| | of "known senders": (1) someone in user's domain, (2) someone in user's contact list and (3) <u>someone that they have interacted with</u>. https://web.archive.org/web/20260220151416/https://support.google.com/a/answer/10985109: |

23

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
| | ## Automatically add events to calendars<br><br>*Supported editions for this feature: Frontline Starter and Frontline Standard; Business Starter, Business Standard, and Business Plus; Enterprise Standard and Enterprise Plus; Education Fundamentals, Education Standard, Teaching and Learning Upgrade, and Education Plus; Essentials, Enterprise Essentials, and Enterprise Essentials Plus; Nonprofits.*<br>*Compare your edition*<br><br>You can set the default for which events appear on users' primary calendars. By setting their own default, users can override the organization's default setting.<br><br>1. Sign in ☑ to your Google Admin console.<br>   Sign in using your *administrator account* (does *not* end in @gmail.com).<br>2. In the Admin console, go to Menu ≡ › ⋮⋮⋮ **Apps** › **Google Workspace** › **Calendar**.<br>3. Click **Advanced settings**.<br>4. To apply the setting to everyone, leave the top organizational unit selected. Otherwise, select a child organizational unit ☑ or a configuration group ☑ .<br>5. Choose an option to determine which events get added automatically:<br>   • **Invitations from everyone**—All events appear on user calendars.<br>   • **Invitations from known senders**—These are invitations from someone that is in the user's domain or contact list or that they've interacted with. Users get invitations from unknown senders only through email.<br>   • **Invitations users have responded to via email**—Users get their invitations by email. Events go on the user's calendar after they respond to invitations.<br>6. Click **Save**. If you configured an organizational unit or group, you might be able to either **Inherit** or **Override** a parent organizational unit, or **Unset** a group.<br><br>The default that you set applies only to future invitations. Changes don't affect events that are already on the user's calendar. Users might see a pop-up every time you change this setting. |

24

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| 1b. receive a message addressed to the second party from a third party, the third party distinct from the first party; | Google Workspace receives a message addressed to the second party from a third party, the third party distinct from the first party. For example, an email from third party that is distinct from a first party (an employee of an organization with the same display name as the third party), sent to a second party (the recipient) is detected as a potential risk:<br><br>See: https://knowledge.workspace.google.com/admin/gmail/advanced/advanced-phishing-and-malware-protection<br><br>Google Workspace also provides administrator tools, including Email Log Search, for reviewing details about email messages sent and received by users in the organization, including searches by sender, date, or message ID. Wursta sells, implements, configures, administers, supports, trains customers on, and/or enables customer use of Google Workspace and Gmail functionality through which such messages are received, processed, and reviewed.<br><br>Advanced security settings<br><br>• **Attachments**—Protection against suspicious attachments and scripts from untrusted senders. Includes protection against attachments types that are uncommon for your domain—these can be used to spread malware.<br><br>• **Links and external images**—Identify links behind short URLs, scan linked images for malicious content, and display a warning when you click links to untrusted domains.<br><br>• **Spoofing and authentication**—Protection against spoofing a domain name, employee names, email pretending to be from your domain, and unauthenticated email from any domain. Unauthenticated emails display a question mark next to the sender's name. Spoofing protection can be turned on for private groups, or for all groups.<br><br>See also https://web.archive.org/web/20260210143031/https://support.google.com/a/answer/9157861#zippy=%2Cturn-on-suspicious-email-linkprotection-%20for-imap-users%2Cturn-on-spoofing-and-authentication- |

25

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
| | protection<br><br><br><br>See also Gmail Anti-Spoofing Warning Banner<br><br>: |
| 1c. perform a risk determination of the received message to | Google Workspace performs a risk determination by determining whether an incoming message appears to impersonate a trusted first party, including by determining whether the sender display name corresponds to a name in the protected organization's Google Workspace directory while the email is |

26

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite) <br> Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| determine if the received message poses a risk by determining that a display name of the first party and a display name of third party are the same or that a domain name of the first party and a domain name of the third party are similar, wherein similarity is determined based on having a string distance below a first threshold, or being conceptually similar based on a list of conceptually similar character strings; | not from the organization's domains or domain aliases. Google Workspace also identifies similar-domain spoofing, including incoming messages from domains that look visually similar to trusted domains. Wursta sells, implements, configures, administers, supports, trains customers on, and/or enables customer use of the Google Workspace functionality that performs such display-name and similar-domain spoofing analysis. <br> See Spoofing report \| Security & data protection \| Google Workspace Help <br><br> ## Spoofing graph 🔗 <br><br> This graph shows messages broken down by *Similar domain*, *Display name*, and *Domain name*: <br><br> • **Similar domain**—Number of incoming messages from domains that look visually similar to trusted domains <br><br> • **Display name**—Number of messages where the message sender's name is a name in your Google Workspace directory, but the mail is not from your company's domains or domain aliases <br><br> • **Domain name**—Number of unauthenticated messages (SPF or DKIM) pretending to be from your domain <br><br> See also Gmail Anti-Spoofing Warning Banner <br><br> ⚠️ **Be careful with this message** <br> Josiah Carberry is similar to a name in your organization, but the email address does not belong to your domain or Brown University Mail couldn't verify that it actually came from josiah_carberry_brown.edu@yahoo.com. Avoid replying to this email unless you reach out to the sender by other means to ensure that this email address is legitimate. <br><br> Report phishing     Looks safe                    ⊘ |

27

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | See also https://web.archive.org/web/20260210143031/https://support.google.com/a/answer/9157861#zippy=%2Cturn-on-suspicious-email-linkprotection-%20for-imap-users%2Cturn-on-spoofing-and-authentication-protection |

28

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | |

29

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | See Gmail Anti-Spoofing Warning Banner<br><br>**How does Gmail protect you from spoofing?**<br><br>Starting on June 18, 2020, Gmail will display a warning banner when you open a message that Google cannot verify. There are a few scenarios that might trigger these warnings.<br><br>1. A message sent from an unauthenticated email domain<br><br>2. A message sent from an email domain that is visually similar to brown.edu<br><br>3. A message sent from an email address and/or display name that is similar to a brown.edu account (e.g., Josiah Carberry <josiah_carberry_brown.edu@yahoo.com>)<br><br>It is important to note that these warning banners are only displayed when viewing opened messages in the Gmail web interface and mobile (iOS and Android) Gmail apps. If you open a suspicious message in a non-Gmail client, you may want to view the message in a Gmail client to see if Google considers it suspicious as well. |
| 1d. responsive to the first party being trusted by the second party, and the received message is determined to pose a risk, automatically perform a security action and a report generation | Google Workspace is configured to automatically perform security actions and report-generation actions when an incoming message is determined to pose a risk, without requiring user input from the protected recipient in response to the message. Google Workspace advanced phishing and malware settings allow administrators to specify actions for detected threats, including keeping the email in the inbox and showing a warning, moving the email to spam, or quarantining the email. Google Workspace also generates administrator-accessible reporting concerning spoofing and message handling, including spoofing reports in the Security Center and Email Log Search records for messages sent and received by users in the organization. Wursta sells, implements, configures, administers, supports, trains |

30

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite) <br> Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| action without having received any user input from a user associated with the second party in response to the message, | customers on, and/or enables customer use of these Google Workspace security-action and reporting functions. <br> See https://knowledge.workspace.google.com/admin/gmail/advanced/advanced-phishing-and-malware-protection |

31

Exhibit 4 to Complaint

## Advanced security settings

- **Attachments**—Protection against suspicious attachments and scripts from untrusted senders. Includes protection against attachments types that are uncommon for your domain—these can be used to spread malware.

- **Links and external images**—Identify links behind short URLs, scan linked images for malicious content, and display a warning when you click links to untrusted domains.

- **Spoofing and authentication**—Protection against spoofing a domain name, employee names, email pretending to be from your domain, and unauthenticated email from any domain. Unauthenticated emails display a question mark next to the sender's name. Spoofing protection can be turned on for private groups, or for all groups.

With advanced settings, you can:

- Automatically turn on and apply future recommended settings. This ensures maximum protection for email and attachments for your domain.

- Provide the strongest level of protection for a domain or organizational unit by turning on all security options.

- Customize security settings by checking only the options you want to turn on. Unchecking all options turns off all advanced security settings for the domain or organizational unit.

- Specify an action for each security option you turn on. If you don't select an action, the default action is applied to the security option.

**Keep in mind:**

- **Other spam settings**—Generally, these advanced security features work independently of other spam settings you might have previously turned on. For example, even if you've listed a domain as a safe sender in spam settings, the enhanced security features are still applied.

- **Warning banners**—Certain Spam setting options prevent warning banners for possibly malicious messages. When you select either of these Spam setting options, Gmail never displays warning banners: **Bypass spam filters and hide warnings for messages from senders or domains in selected lists** and **Bypass spam filters and hide warnings for all messages from internal and external senders**. Warning banners (yellow box) appear only in Gmail web. Third-party apps do not display a warning banner.

- **Quarantine action**—When you select **Quarantine** for any of the advanced security settings, the quarantine you select applies *only* to incoming messages. This is true even when the quarantine you select specifies actions to take on outgoing messages. Allowlist settings don't override the **Quarantine** option.

32

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite) Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | See also: https://web.archive.org/web/20260210143031/https://support.google.com/a/answer/9157861#zippy=%2Cturn-on-suspicious-email-linkprotection-%20for-imap-users%2Cturn-on-spoofing-and-authentication-protection |

33

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite) <br> Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | |

34

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
|  | Google Workspace also performs a report generation action without having received any user input from a user associated with the second party in response to the message. (See 1f below.) |
| 1e. wherein the security action comprises marking the message up with a warning or quarantining the message, | The security action includes marking the message with a warning or quarantining the message. Google Workspace advanced phishing and malware settings allow administrators to keep a suspicious email in the inbox and show a warning, move the email to spam, or quarantine the email. Google Workspace's quarantine documentation further confirms that administrators can send incoming or outgoing email messages to quarantine, where they are held for review before delivery. Wursta sells, implements, configures, administers, supports, trains customers on, and/or enables customer use of these warning and quarantine settings.<br>See https://knowledge.workspace.google.com/admin/gmail/advanced/advanced-phishing-and-malware-protection |

35

Exhibit 4 to Complaint

## Advanced security settings

- **Attachments**—Protection against suspicious attachments and scripts from untrusted senders. Includes protection against attachments types that are uncommon for your domain—these can be used to spread malware.

- **Links and external images**—Identify links behind short URLs, scan linked images for malicious content, and display a warning when you click links to untrusted domains.

- **Spoofing and authentication**—Protection against spoofing a domain name, employee names, email pretending to be from your domain, and unauthenticated email from any domain. Unauthenticated emails display a question mark next to the sender's name. Spoofing protection can be turned on for private groups, or for all groups.

With advanced settings, you can:

- Automatically turn on and apply future recommended settings. This ensures maximum protection for email and attachments for your domain.

- Provide the strongest level of protection for a domain or organizational unit by turning on all security options.

- Customize security settings by checking only the options you want to turn on. Unchecking all options turns off all advanced security settings for the domain or organizational unit.

- Specify an action for each security option you turn on. If you don't select an action, the default action is applied to the security option.

**Keep in mind:**

- **Other spam settings**—Generally, these advanced security features work independently of other spam settings you might have previously turned on. For example, even if you've listed a domain as a safe sender in spam settings, the enhanced security features are still applied.

- **Warning banners**—Certain Spam setting options prevent warning banners for possibly malicious messages. When you select either of these Spam setting options, Gmail never displays warning banners: **Bypass spam filters and hide warnings for messages from senders or domains in selected lists** and **Bypass spam filters and hide warnings for all messages from internal and external senders**. Warning banners (yellow box) appear only in Gmail web. Third-party apps do not display a warning banner.

- **Quarantine action**—When you select **Quarantine** for any of the advanced security settings, the quarantine you select applies *only* to incoming messages. This is true even when the quarantine you select specifies actions to take on outgoing messages. Allowlist settings don't override the **Quarantine** option.

36

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite) <br> Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | See Gmail Anti-Spoofing Warning Banner <br>  |
| 1f. wherein the report generating action comprises including information about the received message in a report accessible to an admin of the system; and | Google Workspace performs a report-generating action by including information about received messages in administrator-accessible reports, logs, or dashboards. For example, Google's spoofing report in the Security Center displays messages that show evidence of potential spoofing and breaks those messages down by similar domain, display name, and domain name. Google Workspace Email Log Search also allows administrators to find and review details about email messages sent and received by people in the organization, including searches by sender, date, or message ID, and to download results to Google Sheets or CSV. Wursta sells, implements, configures, administers, supports, trains customers on, and/or enables customer use of these Google Workspace administrator-reporting and message-log features. <br> See Spoofing report \| Security & data protection \| Google Workspace Help |

37

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service | Google Workspace |
|---|---|
| | ## Spoofing report      Send feedback<br><br>*Supported editions for this feature: Frontline Plus; Enterprise Plus; Education Standard and Education Plus; Enterprise Essentials Plus.* Compare your edition<br><br>In the security dashboard, you can use the spoofing report to display the number of messages that show evidence of potential spoofing.<br><br>## View the spoofing report<br><br>1. In the Google Admin console, go to Menu ☰ > 🛡 **Security** > **Security center** > **Dashboard.**<br><br>    **Go to Dashboard**<br><br>    Requires having the Security center administrator privilege.<br><br>2. In the bottom-right corner of the **Spoofing** panel, click **View Report**. |

38

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | **Spoofing graph** 🔗<br><br>This graph shows messages broken down by *Similar domain, Display name,* and *Domain name*:<br><br>• **Similar domain**—Number of incoming messages from domains that look visually similar to trusted domains<br><br>• **Display name**—Number of messages where the message sender's name is a name in your Google Workspace directory, but the mail is not from your company's domains or domain aliases<br><br>• **Domain name**—Number of unauthenticated messages (SPF or DKIM) pretending to be from your domain<br><br>See also https://web.archive.org/web/20260425054535/https://workspace.google.com/products/admin/security-center/: |

39

Exhibit 4 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
| | <br><br>See also https://support.google.com/a/answer/6000239?hl=en |
| 1g. a memory coupled to the processor and configured to provide the processor with instructions. | Google Workspace is implemented on computing systems having processors and memory configured to execute Gmail / Google Workspace email-security functionality. For hosted implementations, the processor and memory are part of Google's server infrastructure; for client-facing functionality, user devices also execute instructions associated with Gmail / Google Workspace interfaces. Wursta sells, implements, configures, administers, supports, trains customers on, and/or enables customer use of that hosted Google Workspace functionality. |