# Exhibit 5

1
Exhibit 5 to Complaint

Detection of Business Email Compromise
U.S. 11,595,336 — Reflects Certificate of Correction

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service | Google Workspace |
|---|---|
| 1pre. A system for detection of email risk, comprising: | The cited evidence is exemplary and representative. The Google Accused Products include Google Workspace, Gmail for business, and related Gmail email-security functionality, including anti-phishing, anti-spoofing, suspicious-link, business-email-compromise, warning, quarantine, reporting, and administrative functionality. For purposes of this chart, the "first party" corresponds to a trusted or allegedly trusted sender, such as an approved sender, allowlisted sender, whitelisted sender, address-book contact, Google Workspace directory user, employee, executive, organizational user, or sender associated with a trusted domain. The "second party" corresponds to the protected recipient or recipient organization. The "third party" corresponds to an external or unauthenticated sender distinct from the first party who sends a message that Google Workspace determines may impersonate or spoof the trusted first party, including by using the same display name, a similar domain, or a suspicious hyperlink.<br><br>Google Workspace includes Gmail email-security functionality configured to detect and respond to email risk, including phishing, malware, suspicious links, spoofing, employee-name spoofing, domain spoofing, business email compromise, warning, quarantine, reporting, and administrative actions.<br><br>See https://knowledge.workspace.google.com/admin/gmail/advanced/advanced-phishing-and-malware-protection |

## Advanced security settings

- **Attachments**—Protection against suspicious attachments and scripts from untrusted senders. Includes protection against attachments types that are uncommon for your domain—these can be used to spread malware.

- **Links and external images**—Identify links behind short URLs, scan linked images for malicious content, and display a warning when you click links to untrusted domains.

- **Spoofing and authentication**—Protection against spoofing a domain name, employee names, email pretending to be from your domain, and unauthenticated email from any domain. Unauthenticated emails display a question mark next to the sender's name. Spoofing protection can be turned on for private groups, or for all groups.

With advanced settings, you can:

- Automatically turn on and apply future recommended settings. This ensures maximum protection for email and attachments for your domain.

- Provide the strongest level of protection for a domain or organizational unit by turning on all security options.

- Customize security settings by checking only the options you want to turn on. Unchecking all options turns off all advanced security settings for the domain or organizational unit.

- Specify an action for each security option you turn on. If you don't select an action, the default action is applied to the security option.

**Keep in mind:**

- **Other spam settings**—Generally, these advanced security features work independently of other spam settings you might have previously turned on. For example, even if you've listed a domain as a safe sender in spam settings, the enhanced security features are still applied.

- **Warning banners**—Certain Spam setting options prevent warning banners for possibly malicious messages. When you select either of these Spam setting options, Gmail never displays warning banners: **Bypass spam filters and hide warnings for messages from senders or domains in selected lists** and **Bypass spam filters and hide warnings for all messages from internal and external senders**. Warning banners (yellow box) appear only in Gmail web. Third-party apps do not display a warning banner.

- **Quarantine action**—When you select **Quarantine** for any of the advanced security settings, the quarantine you select applies *only* to incoming messages. This is true even when the quarantine you select specifies actions to take on outgoing messages. Allowlist settings don't override the **Quarantine** option.

3
Exhibit 5 to Complaint

| Claim Language | Evidence of Use by Google Workspace (previously G Suite) <br> Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
| | See also: Advanced phishing and malware protection \| Gmail \| Google Workspace Help |
| 1a. a processor configured to: automatically determine that a first party is considered by the system to be trusted by a second party, based on at least one of determining that the first party is on a whitelist and that the first party is in an address book associated with the second party; | Google Workspace is configured to determine that a first party is trusted by a second party based on approved-sender, allowlist, whitelist, address-list, and/or Google Workspace directory information associated with the second party or the second party's organization. Google Workspace documentation states that administrators can manage incoming mail using allowlists and approved-sender lists, and that approved senders can be specified using addresses, domains, or address lists. Google Workspace also uses directory information in its spoofing analysis; Google's spoofing report identifies "Display name" spoofing as messages where the sender's name is a name in the Google Workspace directory, but the mail is not from the company's domains or domain aliases. <br><br> Google Workspace determines that a first party is a trusted party by a second party by determining the first party is on a whitelist. <br><br> See Allowlists, denylists, and approved senders \| Gmail \| Google Workspace Help <br><br> See also https://ithelp.brown.edu/kb/articles/gmail-anti-spoofing-warning-banner: |

4
Exhibit 5 to Complaint

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
| | ⚠ **Be careful with this message**<br>Josiah Carberry is similar to a name in your organization, but the email address does not belong to your domain or Brown University Mail couldn't verify that it actually came from josiah_carberry_brown.edu@yahoo.com. Avoid replying to this email unless you reach out to the sender by other means to ensure that this email address is legitimate.<br><br>Report phishing    Looks safe    ⊙<br><br>In the above example, Google Workspace determined the first party (Josiah Carberry) is on a whitelist but with a different email address.<br><br>See also https://web.archive.org/web/20260210143031/https://support.google.com/a/answer/9157861#zippy=%2Cturn-on-suspicious-email-linkprotection-%20for-imap-users%2Cturn-on-spoofing-and-authentication-protection |

5
Exhibit 5 to Complaint

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
|  | <table><tr><th>Spoofing and authentication settings</th><th>Actions</th></tr><tr><td>**Protect against domain spoofing based on similar domain names**<br><br>Protect against incoming messages from domains that appear visually similar to your company's domains or domain aliases.</td><td>• Keep email in inbox and show warning (Default)<br><br>• Move email to spam<br><br>• Quarantine</td></tr><tr><td>**Protect against spoofing of employee names**<br><br>Protect against messages where the sender's name is a name in your Google Workspace directory, but the email isn't from your company domain or domain aliases.</td><td>• Keep email in inbox and show warning (Default)<br><br>• Move email to spam<br><br>• Quarantine</td></tr><tr><td>**Protect against inbound emails spoofing your domain**<br><br>Protect against potential Business Email Compromise (BEC) messages not authenticated with either SPF or DKIM, pretending to be from your domain.</td><td>• Keep email in inbox and show warning (Default)<br><br>• Move email to spam<br><br>• Quarantine</td></tr><tr><td>**Protect against any unauthenticated emails**<br><br>Protects against messages that are not authenticated. Messages must be authenticated (by any domain) with either SPF or DKIM (or both).</td><td>• Keep email in inbox and show warning (Default)<br><br>• Move email to spam<br><br>• Quarantine</td></tr><tr><td>**Protect Groups from inbound emails spoofing your domain**<br><br>Protect your Google Groups from inbound emails spoofing your domain. You can apply this setting to all groups or to private groups only.</td><td>• Keep email in inbox and show warning (Default)<br><br>• Move email to spam<br><br>• Quarantine</td></tr><tr><td>**Apply future recommended settings automatically**<br><br>When we add new, recommended security settings for spoofing and authentication, those settings are turned on by default.</td><td></td></tr></table><br>In the above example, Google Workspace determines the first party is in an address book |

6
Exhibit 5 to Complaint

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service | Google Workspace |
|---|---|
|  | associated with the second party (sender's name is a name in your Google Workspace directory). |
| 1b. receive a message addressed to the second party from a third party, the third party distinct from the first party; | Google Workspace receives and processes email messages addressed to protected users, including messages from external or unauthenticated third-party senders. Google Workspace Email Log Search allows administrators to find and review details about email messages sent and received by people in the organization, including searches by sender, date, or message ID.<br>In the above example, Google Workspace determined the first party (Josiah Carberry) is on a whitelist but with a different email address.  Because of this different address, Workspace treats this message as if it is coming from a third party, not the first party, despite the names being the same. |
| 1c. perform a risk determination of the message by determining whether the message comprises a hyperlink and | Google Workspace performs a risk determination by determining whether a received message comprises a hyperlink. Google's link-protection documentation states that Google adds link protection for official Gmail clients and that, for protected IMAP users, clicking a link in a recent message starts a malicious-link check. Google Workspace documentation also states that link protection checks for malicious or suspicious links in Gmail messages.<br>Google Workspace risk determination is referred to as link protection and discussed below; see https://support.google.com/mail/answer/10173182?hl=en<br><br>"Click-time link protections in third-party email clients<br>Because links to malicious websites can be sent in emails, Google adds link protection for all official Gmail clients (web, Android, and iPhone & iPad). Some of these protections are now available for some users that use a third-party email application (IMAP client).<br>For these users, clicking a link in a recent message starts a malicious link check. If nothing malicious is detected, the user is taken to the destination. For older messages, a window might appear, requiring a tap or click to open the link." |

7
Exhibit 5 to Complaint

| Claim Language | Evidence of Use by Google Workspace (previously G Suite) Gmail: Business Email Accounts & Service | Google Workspace |
|---|---|
| | Also see Protect users from suspicious links in IMAP email clients - Google Workspace Admin Help

## Protect users from suspicious links in IMAP email clients

To help prevent phishing and other suspicious email activity, Google Workspace protects against suspicious links in Gmail. Link protection checks for malicious or other suspicious links in Gmail messages. For example, spammers can send links in email that trick people into giving up sensitive information, and hackers can include links to harmful software. Gmail link protection warns your users when they click links in these messages.

If your users send and receive email using third-party IMAP clients, turn on suspicious link protection for IMAP clients. IMAP link protection provides the same protection as Gmail, for IMAP clients. IMAP link protection checks links when the recipient clicks a message link, but before they're redirected to the link. If the link is valid and points to a safe website, the user is redirected to the site.

IMAP client link protection supports:

- iOS Mail
- Mac Mail
- Microsoft Outlook
- Common Android mail clients.

You can check if IMAP is turned on for your users by following the steps in Turn POP and IMAP on and off for users.

Learn more about protecting against malicious website links in Gmail ⬀ .

Also see
https://help.extensionerp.com/portal/en/kb/articles/when-gmail-says-your-emails-have-suspicious-links? |

8
Exhibit 5 to Complaint

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | <br>As reflected above, link protection is broadly implemented by Google both across "all official Gmail clients (web, Android, and iPhone & iPad)" and for "IMAP clients." |
| 1d. by determining whether a display name of the first party and a display name of third party are the same **or** | Google Workspace performs a risk determination by determining whether the display name of the third party matches, or appears to match, the display name of a trusted first party. Google's spoofing report identifies "Display name" spoofing as messages where the sender's name is a name in the Google Workspace directory, but the mail is not from the company's domains or domain aliases. Google's advanced phishing and malware protections also include protection against employee-name spoofing.<br><br>See<br>Advanced phishing and malware protection - Google Workspace Admin Help |

9
Exhibit 5 to Complaint

| Claim Language | Evidence of Use by Google Workspace (previously G Suite) [Gmail: Business Email Accounts & Service \| Google Workspace](#) |
|---|---|
|  | **Advanced security settings**<br><br>• **Attachments**—Protection against suspicious attachments and scripts from untrusted senders. Includes protection against attachments types that are uncommon for your domain —these can be used to spread malware.<br><br>• **Links and external images**—Identify links behind short URLs, scan linked images for malicious content, and display a warning when you click links to untrusted domains.<br><br>• **Spoofing and authentication**—Protection against spoofing a domain name, employee names, email pretending to be from your domain, and unauthenticated email from any domain. Unauthenticated emails display a question mark next to the sender's name. Spoofing protection can be turned on for private groups, or for all groups.<br><br>See also [Spoofing report \| Security & data protection \| Google Workspace Help](#)<br><br>**Spoofing graph** 🔗<br><br>This graph shows messages broken down by *Similar domain*, *Display name*, and *Domain name*:<br><br>• **Similar domain**—Number of incoming messages from domains that look visually similar to trusted domains<br><br>• **Display name**—Number of messages where the message sender's name is a name in your Google Workspace directory, but the mail is not from your company's domains or domain aliases<br><br>• **Domain name**—Number of unauthenticated messages (SPF or DKIM) pretending to be from your domain |

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| 1e. that a domain name of the first party and a domain name of the third party are similar, wherein similarity is determined based on having a string distance below a first threshold or being conceptually similar based on a list of conceptually similar character strings; | Because the claim is satisfied by either display-name matching or domain-name similarity, the display-name-spoofing evidence above independently supports this limitation. In the alternative, Google Workspace also identifies similar-domain spoofing. Google's spoofing report defines "Similar domain" as incoming messages from domains that look visually similar to trusted domains, and Google's advanced phishing and malware protections include protection against domain spoofing based on similar domain names.Google Workspace also determines that domains are similar,<br><br>See Spoofing report \| Security & data protection \| Google Workspace Help<br><br>Spoofing graph ⊖<br><br>This graph shows messages broken down by *Similar domain, Display name,* and *Domain name*:<br><br>• **Similar domain**—Number of incoming messages from domains that look visually similar to trusted domains<br><br>• **Display name**—Number of messages where the message sender's name is a name in your Google Workspace directory, but the mail is not from your company's domains or domain aliases<br><br>• **Domain name**—Number of unauthenticated messages (SPF or DKIM) pretending to be from your domain<br><br>See also Gmail Anti-Spoofing Warning Banner |

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
| | <br><br>Google also proves an example of this as "g00gle" in another context, see:<br>https://developers.google.com/search/docs/monitor-debug/security/social-engineering#example:<br><br>"Deceptive popup claiming to help the user update their browser<br><br>On information and belief, this type of determination is also performed by Google Workspace for |

12
Exhibit 5 to Complaint

| Claim Language | Evidence of Use by Google Workspace (previously G Suite) Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | domains of email senders. |
| 1f. responsive to the first party being trusted by the second party, and that the message is determined to pose a risk, automatically perform a security action and a report generation action without having received any user input from a user associated with the second party in response to the message, | Google Workspace is configured to automatically perform security actions and report-generation actions when a message is determined to pose a risk, without requiring user input from the protected recipient in response to the message. Google Workspace advanced phishing and malware settings allow administrators to specify actions for detected threats, including keeping the email in the inbox and showing a warning, moving the email to spam, or quarantining the email. Google Workspace also generates administrator-accessible information concerning suspicious or spoofed messages, including spoofing reports in the Security Center and Email Log Search records for messages sent and received by users in the organization. One example security action is to modify URLs; see, e.g., https://hackaday.com/2020/10/21/google-meddling-with-urls-in-emails-causing-security-concerns/ : <br><br>Google is one of the world's largest e-mail providers, both with its consumer-targeted Gmail product as well as G Suite for business customers [Jeffrey Paul] is a user of the latter, and was surprised to find that URLs in incoming emails were being modified by the service when fetched via the Internet Message Access Protocol (IMAP) used by external email readers. <br><br>Also see https://news.ycombinator.com/item?id=24818024 <br><br>and https://support.google.com/a/thread/224336306/how-can-i-disable-url-rewriting-in-gmail-workspace-meinlagerraum3-de?hl=en <br><br>Another example of Google Workspace's security actions is where includes a warning in the message, as shown below: <br><br>Other security actions, in the context of enterprise use of Google's mail, are described in https://support.google.com/a/answer/2368132?hl=en#:~:text=Spam%2C%20Phishing%20and%20Malware.&text=Scroll%20to%20Spam%20and%20click,unique%20name%20for%20the%20setting.&text=Turn%20on%20more%20aggressive%20spam,sent%20to%20recipients'%20spam%20folders. |

| Claim Language | Evidence of Use by Google Workspace (previously G Suite) Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | Report generation actions include simply counting, by Google, that an email was blocked; see, e.g., https://www.darkreading.com/remote-workforce/google-blocks-231b-spam-phishing-messages-2-weeks

Other report generation actions, in the context of enterprise use, are described in https://support.google.com/a/answer/6104172?hl=en#zippy=%2Cmanage-quarantined-messages%2Cassign-admin-roles-and-quarantines |
| 1g. wherein the security action comprises replacing the hyperlink in the message with a proxy hyperlink, | Google Workspace's link-protection functionality replaces or interposes a Google-controlled protected link/checking flow for hyperlinks in received messages. The protected link/checking flow functions as a proxy hyperlink because it routes the user's click through Google's malicious-link analysis and enforcement infrastructure before allowing access to the original destination. Google states that it adds link protection for official Gmail clients, and that for protected IMAP users, clicking a link in a recent message starts a malicious-link check; if nothing malicious is detected, the user is taken to the destination. Google Workspace documentation likewise states that link protection checks for malicious or suspicious links in Gmail messages and warns users when they click links in those messages. Third-party observations of Gmail/Google Workspace IMAP behavior further report that URLs in incoming emails were modified by the service, which supports the allegation that Google's protected link can function as the claimed proxy hyperlink.

Google replaces URLs as part of security actions; see, e.g., Protect users from suspicious links in IMAP email clients - Google Workspace Admin Help |

| Claim Language | Evidence of Use by Google Workspace (previously G Suite) Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
|  | **Protect users from suspicious links in IMAP email clients** To help prevent phishing and other suspicious email activity, Google Workspace protects against suspicious links in Gmail. Link protection checks for malicious or other suspicious links in Gmail messages. For example, spammers can send links in email that trick people into giving up sensitive information, and hackers can include links to harmful software. Gmail link protection warns your users when they click links in these messages. If your users send and receive email using third-party IMAP clients, turn on suspicious link protection for IMAP clients. IMAP link protection provides the same protection as Gmail, for IMAP clients. IMAP link protection checks links when the recipient clicks a message link, but before they're redirected to the link. If the link is valid and points to a safe website, the user is redirected to the site. IMAP client link protection supports: <br>• iOS Mail <br>• Mac Mail <br>• Microsoft Outlook <br>• Common Android mail clients. <br>You can check if IMAP is turned on for your users by following the steps in Turn POP and IMAP on and off for users. Learn more about protecting against malicious website links in Gmail ⊠ .<br><br>See also: https://hackaday.com/2020/10/21/google-meddling-with-urls-in-emails-causing-security-concerns/ :<br><br>    Google is one of the world's largest e-mail providers, both with its consumer-targeted Gmail product as well as G Suite for business customers [Jeffrey Paul] is a user of the latter, and was surprised to find that URLs in incoming emails were being modified by the service when fetched via the Internet Message Access Protocol (IMAP) used by external email readers.<br><br>Link protection is broadly implemented by Google both across "all official Gmail clients (web, Android, and iPhone & iPad)" and for "IMAP clients." See https://support.google.com/mail/answer/10173182?hl=en. |

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | |
| 1h. wherein the report generating action comprises including information about the received message in a report accessible to an admin of the system; and | Google Workspace performs a report-generating action by including information about received messages in administrator-accessible reports, logs, or dashboards. Google's spoofing report in the Security Center displays messages showing evidence of potential spoofing and breaks those messages down by similar domain, display name, and domain name. Google Workspace Email Log Search allows administrators to find and review details about email messages sent and received by people in the organization, including searches by sender, date, or message ID, and to download results to Google Sheets or CSV.<br><br>Google Workspace report generation actions include counting that an email was blocked; see, e.g., https://www.darkreading.com/remote-workforce/google-blocks-231b-spam-phishing-messages-2-weeks<br><br>Such reports are accessible to admins at Google.<br><br>Other report generation actions, in the context of enterprise use, are described in https://support.google.com/a/answer/6104172?hl=en#zippy=%2Cmanage-quarantined-messages%2Cassign-admin-roles-and-quarantines<br><br>Such reports are accessible to admins at the enterprise.<br><br>Google Workspace admin reports is also discussed as the "Suspicious attachments report" available to the admin in the Security dashboard.  See Suspicious attachments report - Google Workspace Admin Help |

16
Exhibit 5 to Complaint

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
|  | **View the suspicious attachments report**<br><br>1. Sign in ⬀ to your Google Admin console.<br>    Sign in using an *administrator account*, not your current account johnsontexas@gmail.com<br><br>2. In the Admin console, go to Menu ≡ > 🛡 **Security** > **Security center** > **Dashboard**.<br>3. In the bottom-right corner of the **Suspicious attachments** panel, click **View Report**.<br><br>**Suspicious attachments graph**<br><br>This graph shows messages broken down as follows:<br><br>• **Encrypted**—Number of messages with encrypted attachments. Encrypted attachments cannot be scanned for malware.<br>• **Contain scripts**—Number of messages that contain scripts. Certain documents contain malicious scripts that can harm your devices.<br>• **Anomalous**—Number of messages with anomalous attachments. Attachment types that are uncommon for your domain may be used to hide malicious content.<br><br>**Note:** You can hide lines in the graph by clicking on the legend. For example, click **Contain scripts** to hide this data. This is especially useful if one line overlaps another. |
| 1i. a memory coupled to the processor and configured to provide the processor with instructions. | Google Workspace is implemented on computing systems having processors and memory configured to execute Gmail / Google Workspace email-security functionality. For hosted implementations, the processor and memory are part of Google's server infrastructure; for client-facing functionality, user devices also execute instructions associated with Gmail / Google Workspace interfaces. |