# Exhibit 6

1

Exhibit 6 to Complaint

Detection of Business Email Compromise
U.S. 11,595,336- Reflects Certificate of Correction
Evidence of Wursta's Sale, Offer for Sale, Implementation, Configuration, Administration, Support, Training, and Customer
Enablement of Google Workspace / Gmail Email-Security Functionality

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite) <br> Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| 1pre. A system for detection of email risk, comprising: | The cited Google Workspace technical evidence is relied on to show the underlying accused email-security functionality. The Wursta-specific allegations are based on Wursta's sale, offer for sale, implementation, configuration, administration, support, training, and managed-service delivery of Google Workspace and related Gmail email-security functionality for customers. ZapFraud does not allege that Wursta independently developed Google Workspace; rather, Wursta is accused based on its sale, offer for sale, implementation, configuration, administration, support, training, and customer enablement of the accused Google Workspace functionality. |
| | For purposes of this claim chart, the "first party" corresponds to a trusted or allegedly trusted sender, such as an approved sender, allowlisted sender, whitelisted sender, address-book contact, Google Workspace directory user, employee, executive, organizational user, or sender associated with a trusted domain. The "second party" corresponds to the protected recipient or recipient organization. The "third party" corresponds to an external or unauthenticated sender distinct from the first party who sends a message that Google Workspace determines may impersonate or spoof the trusted first party, including by using the same display name, a similar domain, or a suspicious hyperlink. |
| | Google Workspace includes Gmail email-security functionality configured to detect and respond to email risk, including phishing, malware, suspicious links, spoofing, employee-name spoofing, domain spoofing, business email compromise, warning, quarantine, reporting, and administrative actions. Wursta sells, offers for sale, implements, configures, administers, supports, trains customers on, and/or provides services relating to Google Workspace and associated Gmail email-security functionality for customers, including Google Workspace migration, onboarding, optimization, premium support, managed services, virtual administration, security assessments, administrator training, and related support services.<br><br>- Google Workspace Migration & Onboarding (https://wursta.com/digital-workplace/google- |

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite) Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | workspace-migration-onboarding/); <br> - Google Workspace Optimization & Support (https://wursta.com/digital-workplace/google-workspace-optimization-support/); <br> - Application Development & Modernization (https://wursta.com/custom-development/application-development-modernization/); <br> - Google Workspace Premium Support (https://wursta.com/security-managed-services/google-workspace-premium-support/); <br> - Virtual Admin Accelerate for Google Workspace (https://wursta.com/digital-workplace/virtual-admin-accelerate/); and <br> - Security & Cloud Risk Assessments (https://wursta.com/cyber-security/security-and-risk-assessment/) <br><br> **Google Workspace Migration & Onboarding** |

3

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite) <br> Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | **Delivering Value with Google Workspace Implementation Services** <br><br> For Wursta, **it's not just transactional**. We're always looking at what's best for the customer. We're invested in understanding your business objectives and helping you be successful in the cloud. <br><br> As consultants, **we help make connections between your business initiatives and Google Workspace. Partnering with Wursta, clients achieve *their* desired return**, whether it's saving time, increasing efficiency, or improving the user experience. <br><br> https://wursta.com/digital-workplace/google-workspace-migration-onboarding/ |

4

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | **Keeping You Up to Date on Upcoming Google Offerings**<br><br>We educate our clients on the latest Google roadmaps, which aren't accessible to the public. As part of our ongoing communications, we provide quarterly updates **to overcome the knowledge gap, so you can stay informed** and be prepared to leverage the latest Google offerings. Your Dedicated Account Manager will inform you of upcoming enhancements and also **clarify the potential impacts to your business so you can plan ahead**.<br><br>https://wursta.com/digital-workplace/google-workspace-migration-onboarding/ |

5

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
|  | <br>https://wursta.com/digital-workplace/google-workspace-migration-onboarding/ |

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
| | <br>https://wursta.com/digital-workplace/google-workspace-migration-onboarding/<br>**Google Workspace Optimization & Support** |

7

Exhibit 6 to Complaint

## Google Workspace Optimization Builds Seamless & Repeatable Processes

While Google products are simple and easy to use, organizations can still encounter challenges. We consult with our clients to consider your entire ecosystem and build forward-thinking IT plans. Wursta can also support your connections to other tools such as Salesforce.com and Slack, and develop custom apps and scripts to integrate with Google Workspace functionality.

**Wursta helps customers tackle questions like:**

✓ How do I manage identities throughout the user lifecycle?

✓ What do change management and admin training look like?

✓ Why am I getting phishing emails?

https://wursta.com/digital-workplace/google-workspace-optimization-support/;

8

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | **Increase Adoption and Reduce Application Redundancies**<br><br>Google Workspace optimization ensures your organization is **making full use of all the functionality you're paying for**. Wursta's services include documenting your infrastructure to uncover duplicate tools. By training teams on availability Google Workspace functionality, many clients are able to **eliminate redundant apps, reducing costs**. Wursta has helped clients take advantage of Google Workspace spam-filtering capabilities to eliminate redundant tools such as Proofpoint and Mimecast. Our team has also successfully completed migrations from Box and Drobox to Google Drive.<br>https://wursta.com/digital-workplace/google-workspace-optimization-support/; |

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | **Comprehensive Discovery Process -> Metric-Driven Change Management**<br><br>Google Workspace optimization begins with a discovery phase to understand your unique business processes, how your employees interact with technology, and the corresponding workflows. This allows Wursta to create and implement a technology roadmap and **track business value and adoption metrics to analyze your success**. We strive to ensure our customers are using all the dollars spent as best they can, while taking into account both long- and short-term goals.<br><br>✓ Evaluate the setup & configuration of core services: Gmail, Calendar, Drive, Meet, Chat<br><br>https://wursta.com/digital-workplace/google-workspace-optimization-support/;<br><br>**Application Development & Modernization** |

10

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service | Google Workspace |
|---|---|
|  | **Custom Application Development for Google Workspace and Google Cloud**<br><br>Wursta helps you get the most from your investment in the cloud by developing solutions that may integrate with existing Google Workspace functionality or other third-party systems. Let our team guide you **through the design strategy, UX, and back-end development to create a secure, scalable application**. Anchored on Google Cloud, your application can take advantage of everything that Google has to offer including mobility, machine learning, and global reach.<br><br>https://wursta.com/custom-development/application-development-modernization/<br><br>**Google Workspace Premium Support** |

11

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
|  | **Premium Support**<br><br>For businesses that require high availability, Wursta offers Premium Support.<br><br>⊞ Support for existing Google Workspace domain<br><br>▯ Increased SLA for outages<br><br>▭ Monthly ticket review/case review<br><br>↑ Support for escalation to Google<br><br>☻ Assigned Technical Account Manager to monitor the case and follow to resolution<br><br>Contact Us ><br><br>https://wursta.com/security-managed-services/google-workspace-premium-support/<br><br>**Virtual Admin Accelerate for Google Workspace** |

12

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
| | <br>https://wursta.com/digital-workplace/virtual-admin-accelerate/ |

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | **What's Included**<br><br>We strategically target the most burdensome aspects of Google Workspace administration to bring you the biggest benefits. Our service saves you time, cuts costs, enhances security, and maximizes your Workspace value.<br><br>**Review Baseline Configurations**<br>Review current Workspace configurations and document how they stand up against our recommendations and best practices<br><br>**User management**<br>React, respond and take action on requests for new user creation, former employee deprovisioning or existing user changes.<br><br>**License Management**<br>Monthly report of license usage insights such as quantity, type, status, increase, decrease over the previous month.<br><br>**Service Alerts & Support**<br>Initial setup and weekly reporting of security events and insights.<br><br>https://wursta.com/digital-workplace/virtual-admin-accelerate/<br><br>**Security & Cloud Risk Assessments**<br><br>**Health Checks for Google Workspace, Google Drive, Chrome & Google Cloud Platform** |

14

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite) <br> Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
|  | Organizations using cloud infrastructure retain responsibility for securing the data they put in the cloud in the well-known "shared responsibility model." With Wursta's Health Check, our security experts dive deep into your Google Cloud and Google Workspace tenants, identifying potential security risks hidden within your configurations. We go beyond simple checklists, leveraging our expertise and Google's recommended best practices to deliver actionable insights. <br><br> https://wursta.com/cyber-security/security-and-risk-assessment/ |

15

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service | Google Workspace |
|---|---|
| | **Security and Cloud Risk Assessment (S&CRA)**<br><br>Wursta's Security & Cloud Risk Assessment (S&CRA) goes beyond basic vulnerability scanning to provide you with a comprehensive analysis of your Google Cloud Platform and Google Workspace security controls, technology settings, and human capital practices. Our S&CRA is based on the NIST CSF to ensure your Google infrastructure complies with regulations such as CMMC and HIPAA.<br><br>https://wursta.com/cyber-security/security-and-risk-assessment/<br><br>Wursta touts its services including specifically with regard to the anti-phishing features of Google Workspace and Wursta's support services related to the same. *See e.g.* https://www.youtube.com/watch?v=CNOgpd32MJ0 at approximately 9:29-10:13 and 12:58-14:10; see also https://www.youtube.com/watch?v=AZ2QCfyR5DY at approximately 18:48-19:28, 20:56-21:12 and 26:24-26:54. |

16

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | Cherian Harkins Dunham LLP retained Texas private investigator Todd L. Parish to contact Wursta and make inquires regarding Wursta's services related to Google Workspace.  During a call on August 7, 2024, Mr. Parish spoke with Mr. Blake Jines-Storey at Wursta, who relayed that Wursta helps companies setup and/or migrate from other platforms such as Outlook and Microsoft Office to Google Workspaces, which entails offering small business services, license acquisition and domain configuration while additionally offering IP services to small businesses with that need. Mr. Jines-Storey further stated that a workflow study would be conducted to best implement Google Workspace and that Wursta would help configure Google Workspace to minimize Phishing emails and added that (a) Google has strong filters on their servers and when coupled with filters on the user's end would greatly minimize phishing emails; and (b) end users help train Google Workspace by denoting emails marked as spam from trusted users as from a trusted source.  In addition, Mr. Jines-Storey advised that licenses could be purchased directly from Google or through Wursta which would allow ongoing support from Wursta, in which case issues or problems would be addressed by Wursta.<br><br>**Google Workspace**<br><br>Google's Workspace includes a system for detection of email risk:<br>See https://knowledge.workspace.google.com/admin/gmail/advanced/advanced-phishing-and-malware-protection |

17

Exhibit 6 to Complaint

## Advanced security settings

- **Attachments**—Protection against suspicious attachments and scripts from untrusted senders. Includes protection against attachments types that are uncommon for your domain—these can be used to spread malware.

- **Links and external images**—Identify links behind short URLs, scan linked images for malicious content, and display a warning when you click links to untrusted domains.

- **Spoofing and authentication**—Protection against spoofing a domain name, employee names, email pretending to be from your domain, and unauthenticated email from any domain. Unauthenticated emails display a question mark next to the sender's name. Spoofing protection can be turned on for private groups, or for all groups.

With advanced settings, you can:

- Automatically turn on and apply future recommended settings. This ensures maximum protection for email and attachments for your domain.

- Provide the strongest level of protection for a domain or organizational unit by turning on all security options.

- Customize security settings by checking only the options you want to turn on. Unchecking all options turns off all advanced security settings for the domain or organizational unit.

- Specify an action for each security option you turn on. If you don't select an action, the default action is applied to the security option.

**Keep in mind:**

- **Other spam settings**—Generally, these advanced security features work independently of other spam settings you might have previously turned on. For example, even if you've listed a domain as a safe sender in spam settings, the enhanced security features are still applied.

- **Warning banners**—Certain Spam setting options prevent warning banners for possibly malicious messages. When you select either of these Spam setting options, Gmail never displays warning banners: **Bypass spam filters and hide warnings for messages from senders or domains in selected lists** and **Bypass spam filters and hide warnings for all messages from internal and external senders**. Warning banners (yellow box) appear only in Gmail web. Third-party apps do not display a warning banner.

- **Quarantine action**—When you select **Quarantine** for any of the advanced security settings, the quarantine you select applies *only* to incoming messages. This is true even when the quarantine you select specifies actions to take on outgoing messages. Allowlist settings don't override the **Quarantine** option.

18

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
| | See also: Advanced phishing and malware protection \| Gmail \| Google Workspace Help<br><br>See also:https://support.google.com/mail/answer/8253?hl=en#zippy=%2Cpay-attention-to-warnings-from-google:<br><br>Avoid phishing messages & content<br>To help you avoid deceptive messages and requests, follow these tips.<br><br>1. Pay attention to warnings from Google<br><br>Google uses advanced security to warn you about dangerous messages, unsafe content, or deceptive websites. If you receive a warning, avoid clicking links, downloading attachments, or entering personal information. Even if you don't receive a warning, don't click links, download files, or enter personal info in emails, messages, webpages, or pop-ups from untrustworthy or unknown providers.<br><br>See also https://ithelp.brown.edu/kb/articles/gmail-anti-spoofing-warning-banner:<br><br>Gmail Anti-Spoofing Warning Banner<br><br>As of June 18, 2020, Gmail may display a warning banner entitled "Be careful with this message" when Google suspects that an opened message is an example of spoofing.<br><br>**What is spoofing?**<br><br>Email spoofing is when a message is sent with an impersonated sender address. Spoofing can be legitimate when, for example, an authorized email service is used to send bulk email from a university department email address to students. However, malicious spoofing occurs when an unauthorized or unauthenticated email service is used to send email pretending to be from a university domain, person, or email address. |

19

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
|  | Spoofing is a component of email phishing attacks, which employ social engineering to trick people into providing sensitive information such as passwords or other data that can be used to compromise identities and systems.<br><br>Example of person spoofing:<br><br> |
| 1a. a processor configured to: automatically determine that a first party is considered by the system to be trusted by a second party, based on at least one of determining that the first party is on a whitelist and that the first party is in an address book associated with the second party; | Google Workspace is configured to determine that a first party is trusted by a second party based on approved-sender, allowlist, whitelist, address-list, and/or Google Workspace directory information associated with the second party or the second party's organization. Google Workspace documentation states that administrators can manage incoming mail using allowlists and approved-sender lists, and that approved senders can be specified using addresses, domains, or address lists. Google Workspace also uses directory information in spoofing analysis; Google's spoofing report identifies "Display name" spoofing as messages where the sender's name is a name in the Google Workspace directory, but the mail is not from the company's domains or domain aliases. Wursta sells, implements, configures, administers, supports, trains customers on, and/or enables customer use of the Google Workspace functionality that applies such approved-sender, address-list, directory, and spoofing-analysis settings.<br><br>Google's Workspace uses as process configured to automatically determine that a first party is considered by the system to be trusted by a second party, based on at least one of determining that the first party is on a whitelist and that the first party is in an address book associated with the second party; |

20

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
| | Google Workspace determines that a first party is a trusted party by a second party by determining the first party is on a whitelist.<br><br>See Allowlists, denylists, and approved senders  \|  Gmail  \|  Google Workspace Help<br><br>See https://ithelp.brown.edu/kb/articles/gmail-anti-spoofing-warning-banner:<br><br><br><br>In the above example, Google Workspace determined the first party (Josiah Carberry) is on a whitelist but with a different email address.<br><br>See also https://web.archive.org/web/20260210143031/https://support.google.com/a/answer/9157861#zippy=%2Cturn-on-suspicious-email-linkprotection-%20for-imap-users%2Cturn-on-spoofing-and-authentication-protection |

21

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
|  | **Spoofing and authentication settings** / **Actions**<br><br>**Protect against domain spoofing based on similar domain names**<br>Protect against incoming messages from domains that appear visually similar to your company's domains or domain aliases.<br>• Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine<br><br>**Protect against spoofing of employee names**<br>Protect against messages where the sender's name is a name in your Google Workspace directory, but the email isn't from your company domain or domain aliases.<br>• Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine<br><br>**Protect against inbound emails spoofing your domain**<br>Protect against potential Business Email Compromise (BEC) messages not authenticated with either SPF or DKIM, pretending to be from your domain.<br>• Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine<br><br>**Protect against any unauthenticated emails**<br>Protects against messages that are not authenticated. Messages must be authenticated (by any domain) with either SPF or DKIM (or both).<br>• Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine<br><br>**Protect Groups from inbound emails spoofing your domain**<br>Protect your Google Groups from inbound emails spoofing your domain. You can apply this setting to all groups or to private groups only.<br>• Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine<br><br>**Apply future recommended settings automatically**<br>When we add new, recommended security settings for spoofing and authentication, those settings are turned on by default. |

22

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
|  | In the above example, Google Workspace determines the first party is in an address book associated with the second party (sender's name is a name in your Google Workspace directory). |
| 1b. receive a message addressed to the second party from a third party, the third party distinct from the first party; | Google Workspace receives and processes email messages addressed to protected users, including messages from external or unauthenticated third-party senders. Google Workspace Email Log Search allows administrators to find and review details about email messages sent and received by people in the organization, including searches by sender, date, or message ID. Wursta sells, implements, configures, administers, supports, trains customers on, and/or enables customer use of Google Workspace and Gmail functionality through which such messages are received, processed, reviewed, and logged.<br><br>Google Workspace receives a message addressed to the second party from a third party where the third party is distinct from the first party<br><br>In the above example, Google Workspace determined the first party (Josiah Carberry) is on a whitelist but with a different email address.  Because of this different address, Workspace treats this message as if it is coming from a third party, not the first party, despite the names being the same. |
| 1c. perform a risk determination of the message by determining whether the message comprises a hyperlink and | Google Workspace performs a risk determination by determining whether a received message comprises a hyperlink as part of Gmail link-protection and suspicious-link analysis. Google states that it adds link protection for official Gmail clients, and that for protected IMAP users, clicking a link in a recent message starts a malicious-link check. Google Workspace documentation also states that link protection checks for malicious or suspicious links in Gmail messages. Wursta sells, implements, configures, administers, supports, trains customers on, and/or enables customer use of the Google Workspace link-protection functionality. |

23

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
|  | Google Workspace risk determination is referred to as link protection and discussed below; see https://support.google.com/mail/answer/10173182?hl=en<br><br>"Click-time link protections in third-party email clients<br><br>Because links to malicious websites can be sent in emails, Google adds link protection for all official Gmail clients (web, Android, and iPhone & iPad). Some of these protections are now available for some users that use a third-party email application (IMAP client).<br><br>For these users, clicking a link in a recent message starts a malicious link check. If nothing malicious is detected, the user is taken to the destination. For older messages, a window might appear, requiring a tap or click to open the link."<br><br>Also see Protect users from suspicious links in IMAP email clients - Google Workspace Admin Help |

24

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite) <br> Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | ## Protect users from suspicious links in IMAP email clients <br><br> To help prevent phishing and other suspicious email activity, Google Workspace protects against suspicious links in Gmail. Link protection checks for malicious or other suspicious links in Gmail messages. For example, spammers can send links in email that trick people into giving up sensitive information, and hackers can include links to harmful software. Gmail link protection warns your users when they click links in these messages. <br><br> If your users send and receive email using third-party IMAP clients, turn on suspicious link protection for IMAP clients. IMAP link protection provides the same protection as Gmail, for IMAP clients. IMAP link protection checks links when the recipient clicks a message link, but before they're redirected to the link. If the link is valid and points to a safe website, the user is redirected to the site. <br><br> IMAP client link protection supports: <br><br> • iOS Mail <br> • Mac Mail <br> • Microsoft Outlook <br> • Common Android mail clients. <br><br> You can check if IMAP is turned on for your users by following the steps in Turn POP and IMAP on and off for users. <br><br> Learn more about protecting against malicious website links in Gmail ⊠ . <br><br><br> Also see https://help.zoho.com/portal/en/kb/campaigns/deliverability-guide/troubleshooting-emails/articles/when-gmail-says-your-emails-have-suspicious-links: |

25

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
|  | **When Gmail says your emails have suspicious links**<br><br>Gmail is careful to protect its users from phishing activities, so it classifies suspicious emails as spam. To prevent its users from unknowingly opening a phishing email, Gmail notifies recipients of the reason the mail is classified as suspicious. These reasons will help the senders to identify their mistakes and prevent repeating them in the future. If your URLs are improper, Gmail classifies the emails as spam with the following warning:<br><br>"Be careful with this message. The email contains a suspicious link that was used to steal personal information. Unless you trust the sender, don't click links or reply with personal information"<br><br>As reflected above, link protection is broadly implemented by Google both across "all official Gmail clients (web, Android, and iPhone & iPad)" and for "IMAP clients." |
| 1d. by determining whether a display name of the first party and a display name of third party are the same **or** | Google Workspace performs a risk determination by determining whether the display name of the third party matches, or appears to match, the display name of a trusted first party. Google's spoofing report identifies "Display name" spoofing as messages where the sender's name is a name in the Google Workspace directory, but the mail is not from the company's domains or domain aliases. Google's advanced phishing and malware protections also include protection against employee-name spoofing. Wursta sells, implements, configures, administers, supports, trains customers on, and/or enables customer use of the Google Workspace display-name and employee-name spoofing protections.<br>Google Workspace performs a classification of the received electronic communication based at least in part on a determination of whether the received electronic communication from the third party corresponds to a trusted email sender (the first party), e.g., based on having the same display name as the trusted entity.<br><br>See<br>Advanced phishing and malware protection - Google Workspace Admin Help |

26

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite) Gmail: Business Email Accounts & Service | Google Workspace |
|---|---|
| | Advanced security settings<br><br>· **Attachments**—Protection against suspicious attachments and scripts from untrusted senders. Includes protection against attachments types that are uncommon for your domain —these can be used to spread malware.<br><br>· **Links and external images**—Identify links behind short URLs, scan linked images for malicious content, and display a warning when you click links to untrusted domains.<br><br>· **Spoofing and authentication**—Protection against spoofing a domain name, employee names, email pretending to be from your domain, and unauthenticated email from any domain. Unauthenticated emails display a question mark next to the sender's name. Spoofing protection can be turned on for private groups, or for all groups.<br><br>See also Spoofing report | Security & data protection | Google Workspace Help |

27

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite) |
|---|---|
| | Gmail: Business Email Accounts & Service \| Google Workspace |
| | |
| 1e. that a domain name of the first party and a domain name of the third party are similar, wherein similarity is determined based on having a string distance below a first threshold or being conceptually similar based on a list of conceptually similar character strings; | Because the claim is satisfied by either display-name matching or domain-name similarity, the display-name-spoofing evidence above independently supports this limitation. In the alternative, Google Workspace also identifies similar-domain spoofing. Google's spoofing report defines "Similar domain" as incoming messages from domains that look visually similar to trusted domains, and Google's advanced phishing and malware protections include protection against domain spoofing based on similar domain names. Wursta sells, implements, configures, administers, supports, trains customers on, and/or enables customer use of these Google Workspace spoofing protections. However, Google Workspace also determines that domains are similar, see Spoofing report \| Security & data protection \| Google Workspace Help |

28

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | Spoofing graph 🔗<br><br>This graph shows messages broken down by *Similar domain, Display name*, and *Domain name*:<br><br>- **Similar domain**—Number of incoming messages from domains that look visually similar to trusted domains<br>- **Display name**—Number of messages where the message sender's name is a name in your Google Workspace directory, but the mail is not from your company's domains or domain aliases<br>- **Domain name**—Number of unauthenticated messages (SPF or DKIM) pretending to be from your domain<br><br>See also Gmail Anti-Spoofing Warning Banner<br><br>⚠ **Be careful with this message**<br>Josiah Carberry is similar to a name in your organization, but the email address does not belong to your domain or Brown University Mail couldn't verify that it actually came from josiah_carberry_brown.edu@yahoo.com. Avoid replying to this email unless you reach out to the sender by other means to ensure that this email address is legitimate.<br><br>Report phishing    Looks safe                    ?<br><br>Google also proves an example of this as "g00gle" in another context, see:<br>https://developers.google.com/search/docs/monitor-debug/security/social-engineering#example:<br><br>"Deceptive popup claiming to help the user update their browser |

29

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | <br><br>On information and belief, this type of determination is also performed by Google Workspace for domains of email senders. |
| 1f. responsive to the first party being trusted by the second party, and that the message is determined to pose a risk, automatically perform a security action and a report generation action | Google Workspace is configured to automatically perform security actions and report-generation actions when a message is determined to pose a risk, without requiring user input from the protected recipient in response to the message. Google Workspace advanced phishing and malware settings allow administrators to specify actions for detected threats, including keeping the email in the inbox and showing a warning, moving the email to spam, or quarantining the email. Google Workspace also generates administrator-accessible information concerning suspicious or |

30

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| without having received any user input from a user associated with the second party in response to the message, | spoofed messages, including spoofing reports in the Security Center and Email Log Search records for messages sent and received by users in the organization. Wursta sells, implements, configures, administers, supports, trains customers on, and/or enables customer use of these Google Workspace security-action and reporting functions.<br><br>Responsive to the first party being trusted by the second party, and that the message is determined to pose a risk, Google Workspace automatically performs a security action and a report generation action without having received any user input from a user associated with the second party in response to the message.<br><br>One example security action is to modify URLs; see, e.g., https://hackaday.com/2020/10/21/google-meddling-with-urls-in-emails-causing-security-concerns/ :<br><br>    Google is one of the world's largest e-mail providers, both with its consumer-targeted Gmail product as well as G Suite for business customers [Jeffrey Paul] is a user of the latter, and was surprised to find that URLs in incoming emails were being modified by the service when fetched via the Internet Message Access Protocol (IMAP) used by external email readers.<br><br>Also see https://news.ycombinator.com/item?id=24818024 and https://support.google.com/a/thread/224336306/how-can-i-disable-url-rewriting-in-gmail-workspace-meinlagerraum3-de?hl=en<br><br><br>Other security actions, in the context of enterprise use of Google's mail, are described in https://support.google.com/a/answer/2368132?hl=en#:~:text=Spam%2C%20Phishing%20and%20Malware.&text=Scroll%20to%20Spam%20and%20click,unique%20name%20for%20the%20setting.&text=Turn%20on%20more%20aggressive%20spam,sent%20to%20recipients'%20spam%20folders. |

31

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | Report generation actions include simply counting, by Google, that an email was blocked; see, e.g., https://www.darkreading.com/remote-workforce/google-blocks-231b-spam-phishing-messages-2-weeks<br><br>Other report generation actions, in the context of enterprise use, are described in https://support.google.com/a/answer/6104172?hl=en#zippy=%2Cmanage-quarantined-messages%2Cassign-admin-roles-and-quarantines |
| 1g. wherein the security action comprises replacing the hyperlink in the message with a proxy hyperlink, | oogle Workspace's link-protection functionality replaces or interposes a Google-controlled protected link/checking flow for hyperlinks in received messages. The protected link/checking flow functions as a proxy hyperlink because it routes the user's click through Google's malicious-link analysis and enforcement infrastructure before allowing access to the original destination. Google states that it adds link protection for official Gmail clients, and that for protected IMAP users, clicking a link in a recent message starts a malicious-link check; if nothing malicious is detected, the user is taken to the destination. Google Workspace documentation likewise states that link protection checks for malicious or suspicious links in Gmail messages and warns users when they click links in those messages. Wursta sells, implements, configures, administers, supports, trains customers on, and/or enables customer use of Google Workspace's link-protection functionality.<br><br>Third-party observations of Gmail/Google Workspace IMAP behavior further report that URLs in incoming emails were modified by the service, which supports the allegation that Google's protected link can function as the claimed proxy hyperlink.<br><br>Google replaces URLs as part of security actions; see, e.g., Protect users from suspicious links in IMAP email clients - Google Workspace Admin Help |

32

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite) <br> Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | **Protect users from suspicious links in IMAP email clients** <br><br> To help prevent phishing and other suspicious email activity, Google Workspace protects against suspicious links in Gmail. Link protection checks for malicious or other suspicious links in Gmail messages. For example, spammers can send links in email that trick people into giving up sensitive information, and hackers can include links to harmful software. Gmail link protection warns your users when they click links in these messages. <br><br> If your users send and receive email using third-party IMAP clients, turn on suspicious link protection for IMAP clients. IMAP link protection provides the same protection as Gmail, for IMAP clients. IMAP link protection checks links when the recipient clicks a message link, but before they're redirected to the link. If the link is valid and points to a safe website, the user is redirected to the site. <br><br> IMAP client link protection supports: <br><br> • iOS Mail <br> • Mac Mail <br> • Microsoft Outlook <br> • Common Android mail clients. <br><br> You can check if IMAP is turned on for your users by following the steps in Turn POP and IMAP on and off for users. <br><br> Learn more about protecting against malicious website links in Gmail ☑ . <br><br><br> See also: <br> https://hackaday.com/2020/10/21/google-meddling-with-urls-in-emails-causing-security-concerns/ : <br><br> Google is one of the world's largest e-mail providers, both with its consumer-targeted Gmail product as well as G Suite for business customers [Jeffrey Paul] is a user of the latter, and was surprised to find that URLs in incoming emails were being modified by the service when fetched via the Internet Message Access Protocol (IMAP) used by external email readers. <br><br> Also see https://news.ycombinator.com/item?id=24818024 and https://support.google.com/a/thread/224336306/how-can-i-disable-url-rewriting-in-gmail-workspace-meinlagerraum3-de?hl=en |

33

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
|  | Link protection is broadly implemented by Google both across "all official Gmail clients (web, Android, and iPhone & iPad)" and for "IMAP clients." See<br>https://support.google.com/mail/answer/10173182?hl=en. |
| 1h. wherein the report generating action comprises including information about the received message in a report accessible to an admin of the system; and | Google Workspace performs a report-generating action by including information about received messages in administrator-accessible reports, logs, or dashboards. Google's spoofing report in the Security Center displays messages showing evidence of potential spoofing and breaks those messages down by similar domain, display name, and domain name. Google Workspace Email Log Search allows administrators to find and review details about email messages sent and received by people in the organization, including searches by sender, date, or message ID, and to download results to Google Sheets or CSV. Wursta sells, implements, configures, administers, supports, trains customers on, and/or enables customer use of these Google Workspace administrator-reporting and message-log features.<br><br>Google Workspace report generation actions include counting that an email was blocked; see, e.g., https://www.darkreading.com/remote-workforce/google-blocks-231b-spam-phishing-messages-2-weeks<br>Such reports are accessible to admins at Google.<br><br>Other report generation actions, in the context of enterprise use, are described in https://support.google.com/a/answer/6104172?hl=en#zippy=%2Cmanage-quarantined-messages%2Cassign-admin-roles-and-quarantines<br>Such reports are accessible to admins at the enterprise.<br><br>Google Workspace admin reports is also discussed as the "Suspicious attachments report" available to the admin in the Security dashboard.  See Suspicious attachments report - Google Workspace Admin Help |

34

Exhibit 6 to Complaint

| Claim Language | Evidence of Use by Wursta Corporation ("Wursta") via its services related to Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
| | View the suspicious attachments report<br><br>1. Sign in ☑ to your Google Admin console.<br><br>    Sign in using an *administrator account*, not your current account johnsontexas@gmail.com<br><br>2. In the Admin console, go to Menu ≡ > 🔷 **Security** > **Security center** > **Dashboard**.<br>3. In the bottom-right corner of the **Suspicious attachments** panel, click **View Report**.<br><br>Suspicious attachments graph<br><br>This graph shows messages broken down as follows:<br><br>• **Encrypted**—Number of messages with encrypted attachments. Encrypted attachments cannot be scanned for malware.<br>• **Contain scripts**—Number of messages that contain scripts. Certain documents contain malicious scripts that can harm your devices.<br>• **Anomalous**—Number of messages with anomalous attachments. Attachment types that are uncommon for your domain may be used to hide malicious content.<br><br>**Note:** You can hide lines in the graph by clicking on the legend. For example, click **Contain scripts** to hide this data. This is especially useful if one line overlaps another. |
| 1i. a memory coupled to the processor and configured to provide the processor with instructions. | Google Workspace is implemented on computing systems having processors and memory configured to execute Gmail / Google Workspace email-security functionality. For hosted implementations, the processor and memory are part of Google's server infrastructure; for client-facing functionality, user devices also execute instructions associated with Gmail / Google Workspace interfaces. Wursta sells, implements, configures, administers, supports, trains customers on, and/or enables customer use of that hosted Google Workspace functionality. |