# Exhibit 3

Exhibit 3 to Complaint

Detection of Business Email Compromise
U.S. 10,721,195

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
| 1pre. A system for detection of business email compromise, comprising: a processor configured to: | The cited evidence is exemplary and representative. The Google Accused Products include Google Workspace, Gmail for business, and related Gmail email-security functionality, including anti-phishing, anti-spoofing, suspicious-link, business-email-compromise, warning, quarantine, reporting, and administrative functionality. For purposes of this chart, the “first party” corresponds to a trusted or allegedly trusted sender, such as an employee, executive, organizational user, or sender associated with the protected organization. The “second party” corresponds to the protected recipient or recipient organization. The “third party” corresponds to an external or unauthenticated sender distinct from the first party who sends a message that Google Workspace determines may impersonate or spoof the trusted first party, including by using the same display name or a similar domain.<br>Google Workspace includes Gmail email-security functionality configured to detect and respond to business email compromise and related email risks, including spoofing, employee-name spoofing, domain spoofing, suspicious links, phishing, and malware.<br><br>See https://knowledge.workspace.google.com/admin/gmail/advanced/advanced-phishing-and-malware-protection |

Exhibit 3 to Complaint

| | |
|---|---|
| | **Advanced security settings**<br><br>• **Attachments**—Protection against suspicious attachments and scripts from untrusted senders. Includes protection against attachments types that are uncommon for your domain—these can be used to spread malware.<br>• **Links and external images**—Identify links behind short URLs, scan linked images for malicious content, and display a warning when you click links to untrusted domains.<br>• **Spoofing and authentication**—Protection against spoofing a domain name, employee names, email pretending to be from your domain, and unauthenticated email from any domain. Unauthenticated emails display a question mark next to the sender's name. Spoofing protection can be turned on for private groups, or for all groups.<br><br>With advanced settings, you can:<br><br>• Automatically turn on and apply future recommended settings. This ensures maximum protection for email and attachments for your domain.<br>• Provide the strongest level of protection for a domain or organizational unit by turning on all security options.<br>• Customize security settings by checking only the options you want to turn on. Unchecking all options turns off all advanced security settings for the domain or organizational unit.<br>• Specify an action for each security option you turn on. If you don't select an action, the default action is applied to the security option.<br><br>**Keep in mind:**<br><br>• **Other spam settings**—Generally, these advanced security features work independently of other spam settings you might have previously turned on. For example, even if you've listed a domain as a safe sender in spam settings, the enhanced security features are still applied.<br>• **Warning banners**—Certain Spam setting options prevent warning banners for possibly malicious messages. When you select either of these Spam setting options, Gmail never displays warning banners: **Bypass spam filters and hide warnings for messages from senders or domains in selected lists** and **Bypass spam filters and hide warnings for all messages from internal and external senders**. Warning banners (yellow box) appear only in Gmail web. Third-party apps do not display a warning banner.<br>• **Quarantine action**—When you select **Quarantine** for any of the advanced security settings, the quarantine you select applies *only* to incoming messages. This is true even when the quarantine you select specifies actions to take on outgoing messages. Allowlist settings don't override the **Quarantine** option. |

Exhibit 3 to Complaint

<table>
<tr><th>Claim Language</th><th>Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service | Google Workspace</th></tr>
<tr><td></td><td>See also<br>https://web.archive.org/web/20260210143031/https://support.google.com/a/answer/9157861#zippy=%2Cturn-on-suspicious-email-linkprotection-%20for-imap-users%2Cturn-on-spoofing-and-authentication-protection
<table>
<tr><th>Spoofing and authentication settings</th><th>Actions</th></tr>
<tr><td>Protect against domain spoofing based on similar domain names<br>Protect against incoming messages from domains that appear visually similar to your company's domains or domain aliases.</td><td>• Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine</td></tr>
<tr><td>Protect against spoofing of employee names<br>Protect against messages where the sender's name is a name in your Google Workspace directory, but the email isn't from your company domain or domain aliases.</td><td>• Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine</td></tr>
<tr><td>Protect against inbound emails spoofing your domain<br>Protect against potential Business Email Compromise (BEC) messages not authenticated with either SPF or DKIM, pretending to be from your domain.</td><td>• Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine</td></tr>
</table>
</td></tr>
<tr><td>1a. automatically determine that a first party is trusted by a second party, based on at least one of determining that the first party and</td><td>Google Workspace automatically determines that a first party is trusted by a second party at least by determining that the first party and second party belong to the same organization or protected Google Workspace domain. For example, Google Workspace’s spoofing and authentication protections identify messages where the sender’s name is a name in the protected organization’s Google Workspace directory, but the email is not from the organization’s company domains or domain aliases. Google’s spoofing report likewise identifies “Display name” spoofing as messages where the sender’s name is in</td></tr>
</table>

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| second party belong to the same organization and that at least a threshold number of messages have been transmitted between the second party and the first party during a period of time that exceeds a threshold time; | the Google Workspace directory, but the mail is not from the company's domains or domain aliases. On information and belief, Google uses that Workspace directory / company-domain relationship to identify trusted organizational users and detect messages from third parties attempting to impersonate those trusted users.<br>On information and belief, one example approach Google uses is to determine that the first party and second party belong to the same organization<br><br>See https://knowledge.workspace.google.com/admin/gmail/advanced/advanced-phishing-and-malware-protection |

Exhibit 3 to Complaint

| | |
|---|---|
| | Advanced security settings<br><br>• **Attachments**—Protection against suspicious attachments and scripts from untrusted senders. Includes protection against attachments types that are uncommon for your domain—these can be used to spread malware.<br>• **Links and external images**—Identify links behind short URLs, scan linked images for malicious content, and display a warning when you click links to untrusted domains.<br>• **Spoofing and authentication**—Protection against spoofing a domain name, employee names, email pretending to be from your domain, and unauthenticated email from any domain. Unauthenticated emails display a question mark next to the sender's name. Spoofing protection can be turned on for private groups, or for all groups.<br><br>With advanced settings, you can:<br><br>• Automatically turn on and apply future recommended settings. This ensures maximum protection for email and attachments for your domain.<br>• Provide the strongest level of protection for a domain or organizational unit by turning on all security options.<br>• Customize security settings by checking only the options you want to turn on. Unchecking all options turns off all advanced security settings for the domain or organizational unit.<br>• Specify an action for each security option you turn on. If you don't select an action, the default action is applied to the security option.<br><br>**Keep in mind:**<br><br>• **Other spam settings**—Generally, these advanced security features work independently of other spam settings you might have previously turned on. For example, even if you've listed a domain as a safe sender in spam settings, the enhanced security features are still applied.<br>• **Warning banners**—Certain Spam setting options prevent warning banners for possibly malicious messages. When you select either of these Spam setting options, Gmail never displays warning banners: **Bypass spam filters and hide warnings for messages from senders or domains in selected lists** and **Bypass spam filters and hide warnings for all messages from internal and external senders**. Warning banners (yellow box) appear only in Gmail web. Third-party apps do not display a warning banner.<br>• **Quarantine action**—When you select **Quarantine** for any of the advanced security settings, the quarantine you select applies *only* to incoming messages. This is true even when the quarantine you select specifies actions to take on outgoing messages. Allowlist settings don't override the **Quarantine** option. |

Exhibit 3 to Complaint

<table>
<tr><th>Claim Language</th><th>Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service | Google Workspace</th></tr>
<tr><td></td><td>See also:<br>https://web.archive.org/web/20260210143031/https://support.google.com/a/answer/9157861#zippy=%2Cturn-on-suspicious-email-linkprotection-%20for-imap-users%2Cturn-on-spoofing-and-authentication-protection<br><br>
<table>
<tr><th>Spoofing and authentication settings</th><th>Actions</th></tr>
<tr><td>Protect against domain spoofing based on similar domain names<br><br>Protect against incoming messages from domains that appear visually similar to your company's domains or domain aliases.</td><td>• Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine</td></tr>
<tr><td>Protect against spoofing of employee names<br><br>Protect against messages where the sender's name is a name in your Google Workspace directory, but the email isn't from your company domain or domain aliases.</td><td>• Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine</td></tr>
<tr><td>Protect against inbound emails spoofing your domain<br><br>Protect against potential Business Email Compromise (BEC) messages not authenticated with either SPF or DKIM, pretending to be from your domain.</td><td>• Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine</td></tr>
</table>
<br>While not a necessarily element because claim only requires “one of,” on information and belief, another approach Google uses is to determine that at least a threshold number of messages have been transmitted between the second party and the first party during a period of time that exceeds a threshold time.<br><br>For example, in the context of Google Workspace calendars, Google automatically allows known senders to add events to a contact’s calendar and it separately defines three categories of “known senders”: (1) someone in user’s domain, (2) someone in user’s contact list and (3)</td></tr>
</table>

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>[Gmail: Business Email Accounts & Service \| Google Workspace] |
| --- | --- |
| | someone that they have interacted with.<br><br>https://web.archive.org/web/20260220151416/https://support.google.com/a/answer/10985109:<br><br>**Automatically add events to calendars**<br><br>*Supported editions for this feature: Frontline Starter and Frontline Standard; Business Starter, Business Standard, and Business Plus; Enterprise Standard and Enterprise Plus; Education Fundamentals, Education Standard, Teaching and Learning Upgrade, and Education Plus; Essentials, Enterprise Essentials, and Enterprise Essentials Plus; Nonprofits.*<br>*Compare your edition*<br><br>You can set the default for which events appear on users' primary calendars. By setting their own default, users can override the organization's default setting.<br><br>1. Sign in to your Google Admin console.<br>Sign in using your *administrator account* (does *not* end in @gmail.com).<br>2. In the Admin console, go to Menu > Apps > Google Workspace > Calendar.<br>3. Click **Advanced settings**.<br>4. To apply the setting to everyone, leave the top organizational unit selected. Otherwise, select a child organizational unit or a configuration group.<br>5. Choose an option to determine which events get added automatically:<br>• **Invitations from everyone**—All events appear on user calendars.<br>• **Invitations from known senders**—These are invitations from someone that is in the user's domain or contact list or that they've interacted with. Users get invitations from unknown senders only through email.<br>• **Invitations users have responded to via email**—Users get their invitations by email. Events go on the user's calendar after they respond to invitations.<br>6. Click **Save**. If you configured an organizational unit or group, you might be able to either **Inherit** or **Override** a parent organizational unit, or **Unset** a group.<br><br>The default that you set applies only to future invitations. Changes don't affect events that are already on the user's calendar. Users might see a pop-up every time you change this setting. |

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | |
| 1b. receive a message addressed to the second party from a third party, the third party distinct from the first party; | Google Workspace receives a message addressed to the second party from a third party, the third party distinct from the first party. For example, an email from third party that is distinct from a first party (an employee of an organization with the same display name as the third party), sent to a second party (the recipient) is detected as a potential risk:<br><br>See: https://knowledge.workspace.google.com/admin/gmail/advanced/advanced-phishing-and-malware-protection<br><br>Google Workspace also provides administrator tools, including Email Log Search, for reviewing details about email messages sent and received by users in the organization, including searches by sender, date, or message ID.<br><br>Advanced security settings<br>• **Attachments**—Protection against suspicious attachments and scripts from untrusted senders. Includes protection against attachments types that are uncommon for your domain—these can be used to spread malware.<br>• **Links and external images**—Identify links behind short URLs, scan linked images for malicious content, and display a warning when you click links to untrusted domains.<br>• **Spoofing and authentication**—Protection against spoofing a domain name, employee names, email pretending to be from your domain, and unauthenticated email from any domain. Unauthenticated emails display a question mark next to the sender's name. Spoofing protection can be turned on for private groups, or for all groups.<br><br>See also https://web.archive.org/web/20260210143031/https://support.google.com/a/answer/9157861#zippy=%2Cturn-on-suspicious-email-linkprotection-%20for-imap-users%2Cturn-on-spoofing-and-authentication- |

Exhibit 3 to Complaint

<table>
<tr><th>Claim Language</th><th>Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service | Google Workspace</th></tr>
<tr><td></td><td>protection
<table>
<tr><th>Spoofing and authentication settings</th><th>Actions</th></tr>
<tr><td>Protect against domain spoofing based on similar domain names<br>Protect against incoming messages from domains that appear visually similar to your company's domains or domain aliases.</td><td>• Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine</td></tr>
<tr><td>Protect against spoofing of employee names<br>Protect against messages where the sender's name is a name in your Google Workspace directory, but the email isn't from your company domain or domain aliases.</td><td>• Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine</td></tr>
<tr><td>Protect against inbound emails spoofing your domain<br>Protect against potential Business Email Compromise (BEC) messages not authenticated with either SPF or DKIM, pretending to be from your domain.</td><td>• Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine</td></tr>
</table>
See also:<br>
: 
</td></tr>
<tr><td>1c. perform a risk determination of the received message to determine if the received message</td><td>Google Workspace performs a risk determination by determining whether an incoming message appears to impersonate a trusted first party, including by determining whether the sender display name corresponds to a name in the protected organization’s Google Workspace directory while the email is not from the organization’s domains or domain aliases. Google Workspace also identifies similar-domain</td></tr>
</table>

Exhibit 3 to Complaint

<table>
<tr><th>Claim Language</th><th>Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service | Google Workspace</th></tr>
<tr><td>poses a risk by determining that a display name of the first party and a display name of third party are the same or that a domain name of the first party and a domain name of the third party are similar, wherein similarity is determined based on having a string distance below a first threshold, or being conceptually similar based on a list of conceptually similar character strings;</td><td>spoofing, including incoming messages from domains that look visually similar to trusted domains. Thus, the accused functionality supports this limitation through display-name spoofing detection and, alternatively, similar-domain spoofing detection.<br>See Spoofing report | Security & data protection | Google Workspace Help<br><br>Spoofing graph<br><br>This graph shows messages broken down by Similar domain, Display name, and Domain name:<br>• Similar domain—Number of incoming messages from domains that look visually similar to trusted domains<br>• Display name—Number of messages where the message sender's name is a name in your Google Workspace directory, but the mail is not from your company's domains or domain aliases<br>• Domain name—Number of unauthenticated messages (SPF or DKIM) pretending to be from your domain<br><br>See also Gmail Anti-Spoofing Warning Banner:<br><br>See also<br>https://web.archive.org/web/20260210143031/https://support.google.com/a/answer/9157861#zi</td></tr>
</table>

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
| --- | --- |
| | ppy=%2Cturn-on-suspicious-email-linkprotection-%20for-imap-users%2Cturn-on-spoofing-and-authentication-protection |

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | |

| Spoofing and authentication settings | Actions |
|---|---|
| **Protect against domain spoofing based on similar domain names**<br>Protect against incoming messages from domains that appear visually similar to your company's domains or domain aliases. | • Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine |
| **Protect against spoofing of employee names**<br>Protect against messages where the sender's name is a name in your Google Workspace directory, but the email isn't from your company domain or domain aliases. | • Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine |
| **Protect against inbound emails spoofing your domain**<br>Protect against potential Business Email Compromise (BEC) messages not authenticated with either SPF or DKIM, pretending to be from your domain. | • Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine |
| **Protect against any unauthenticated emails**<br>Protects against messages that are not authenticated. Messages must be authenticated (by any domain) with either SPF or DKIM (or both). | • Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine |
| **Protect Groups from inbound emails spoofing your domain**<br>Protect your Google Groups from inbound emails spoofing your domain. You can apply this setting to all groups or to private groups only. | • Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine |
| **Apply future recommended settings automatically**<br>When we add new, recommended security settings for spoofing and authentication, those settings are turned on by default. | |

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | This is an "or" limitation and nothing further is required. Nevertheless, on information and belief Google Workspace determines that a domain name is similar by string distance or conceptual similar character strings.<br><br>See Gmail Anti-Spoofing Warning Banner:<br><br>**How does Gmail protect you from spoofing?**<br><br>Starting on June 18, 2020, Gmail will display a warning banner when you open a message that Google cannot verify. There are a few scenarios that might trigger these warnings.<br><br>1. A message sent from an unauthenticated email domain<br>2. A message sent from an email domain that is visually similar to brown.edu<br>3. A message sent from an email address and/or display name that is similar to a brown.edu account (e.g., Josiah Carberry <josiah_carberry_brown.edu@yahoo.com>)<br><br>It is important to note that these warning banners are only displayed when viewing opened messages in the Gmail web interface and mobile (iOS and Android) Gmail apps. If you open a suspicious message in a non-Gmail client, you may want to view the message in a Gmail client to see if Google considers it suspicious as well. |
| 1d. responsive to the first party being trusted by the second party, and the received message is determined to pose a risk, | Google Workspace is configured to automatically perform security actions and report-generation actions when an incoming message is determined to pose a risk, without requiring user input from the protected recipient in response to the message. Google Workspace advanced phishing and malware settings allow administrators to specify actions for detected threats, including keeping the email in the inbox and showing a warning, moving the email to spam, or quarantining the email. Google Workspace also generates administrator-accessible reporting concerning spoofing and message handling, including |

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| automatically perform a security action and a report generation action without having received any user input from a user associated with the second party in response to the message, | spoofing reports in the Security Center and Email Log Search records for messages sent and received by users in the organization.<br><br>See https://knowledge.workspace.google.com/admin/gmail/advanced/advanced-phishing-and-malware-protection |

| | |
|---|---|
| | **Advanced security settings**<br><br>• **Attachments**—Protection against suspicious attachments and scripts from untrusted senders. Includes protection against attachments types that are uncommon for your domain—these can be used to spread malware.<br><br>• **Links and external images**—Identify links behind short URLs, scan linked images for malicious content, and display a warning when you click links to untrusted domains.<br><br>• **Spoofing and authentication**—Protection against spoofing a domain name, employee names, email pretending to be from your domain, and unauthenticated email from any domain. Unauthenticated emails display a question mark next to the sender's name. Spoofing protection can be turned on for private groups, or for all groups.<br><br>With advanced settings, you can:<br><br>• Automatically turn on and apply future recommended settings. This ensures maximum protection for email and attachments for your domain.<br><br>• Provide the strongest level of protection for a domain or organizational unit by turning on all security options.<br><br>• Customize security settings by checking only the options you want to turn on. Unchecking all options turns off all advanced security settings for the domain or organizational unit.<br><br>• Specify an action for each security option you turn on. If you don't select an action, the default action is applied to the security option.<br><br>**Keep in mind:**<br><br>• **Other spam settings**—Generally, these advanced security features work independently of other spam settings you might have previously turned on. For example, even if you've listed a domain as a safe sender in spam settings, the enhanced security features are still applied.<br><br>• **Warning banners**—Certain Spam setting options prevent warning banners for possibly malicious messages. When you select either of these Spam setting options, Gmail never displays warning banners: **Bypass spam filters and hide warnings for messages from senders or domains in selected lists** and **Bypass spam filters and hide warnings for all messages from internal and external senders**. Warning banners (yellow box) appear only in Gmail web. Third-party apps do not display a warning banner.<br><br>• **Quarantine action**—When you select **Quarantine** for any of the advanced security settings, the quarantine you select applies *only* to incoming messages. This is true even when the quarantine you select specifies actions to take on outgoing messages. Allowlist settings don't override the **Quarantine** option. |

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | See also:<br>https://web.archive.org/web/20260210143031/https://support.google.com/a/answer/9157861#zippy=%2Cturn-on-suspicious-email-linkprotection-%20for-imap-users%2Cturn-on-spoofing-and-authentication-protection |

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | (see embedded table below) |

| Spoofing and authentication settings | Actions |
|---|---|
| **Protect against domain spoofing based on similar domain names**<br>Protect against incoming messages from domains that appear visually similar to your company's domains or domain aliases. | • Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine |
| **Protect against spoofing of employee names**<br>Protect against messages where the sender's name is a name in your Google Workspace directory, but the email isn't from your company domain or domain aliases. | • Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine |
| **Protect against inbound emails spoofing your domain**<br>Protect against potential Business Email Compromise (BEC) messages not authenticated with either SPF or DKIM, pretending to be from your domain. | • Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine |
| **Protect against any unauthenticated emails**<br>Protects against messages that are not authenticated. Messages must be authenticated (by any domain) with either SPF or DKIM (or both). | • Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine |
| **Protect Groups from inbound emails spoofing your domain**<br>Protect your Google Groups from inbound emails spoofing your domain. You can apply this setting to all groups or to private groups only. | • Keep email in inbox and show warning (Default)<br>• Move email to spam<br>• Quarantine |
| **Apply future recommended settings automatically**<br>When we add new, recommended security settings for spoofing and authentication, those settings are turned on by default. | |

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | Google Workspace also performs a report generation action without having received any user input from a user associated with the second party in response to the message. (See 1f below.) |
| 1e. wherein the security action comprises marking the message up with a warning or quarantining the message, | The security action includes marking the message with a warning or quarantining the message. Google Workspace advanced phishing and malware settings allow administrators to keep a suspicious email in the inbox and show a warning, move the email to spam, or quarantine the email. Google Workspace's quarantine documentation further confirms that administrators can send incoming or outgoing email messages to quarantine, where they are held for review before delivery.<br>See https://knowledge.workspace.google.com/admin/gmail/advanced/advanced-phishing-and-malware-protection |

| | |
|---|---|
| | **Advanced security settings**<br><br>• **Attachments**—Protection against suspicious attachments and scripts from untrusted senders. Includes protection against attachments types that are uncommon for your domain—these can be used to spread malware.<br>• **Links and external images**—Identify links behind short URLs, scan linked images for malicious content, and display a warning when you click links to untrusted domains.<br>• **Spoofing and authentication**—Protection against spoofing a domain name, employee names, email pretending to be from your domain, and unauthenticated email from any domain. Unauthenticated emails display a question mark next to the sender's name. Spoofing protection can be turned on for private groups, or for all groups.<br><br>With advanced settings, you can:<br><br>• Automatically turn on and apply future recommended settings. This ensures maximum protection for email and attachments for your domain.<br>• Provide the strongest level of protection for a domain or organizational unit by turning on all security options.<br>• Customize security settings by checking only the options you want to turn on. Unchecking all options turns off all advanced security settings for the domain or organizational unit.<br>• Specify an action for each security option you turn on. If you don't select an action, the default action is applied to the security option.<br><br>**Keep in mind:**<br><br>• **Other spam settings**—Generally, these advanced security features work independently of other spam settings you might have previously turned on. For example, even if you've listed a domain as a safe sender in spam settings, the enhanced security features are still applied.<br>• **Warning banners**—Certain Spam setting options prevent warning banners for possibly malicious messages. When you select either of these Spam setting options, Gmail never displays warning banners: **Bypass spam filters and hide warnings for messages from senders or domains in selected lists** and **Bypass spam filters and hide warnings for all messages from internal and external senders**. Warning banners (yellow box) appear only in Gmail web. Third-party apps do not display a warning banner.<br>• **Quarantine action**—When you select **Quarantine** for any of the advanced security settings, the quarantine you select applies *only* to incoming messages. This is true even when the quarantine you select specifies actions to take on outgoing messages. Allowlist settings don't override the **Quarantine** option. |

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>[Gmail: Business Email Accounts & Service \| Google Workspace] |
|---|---|
| | See [Gmail Anti-Spoofing Warning Banner]:<br><br> |
| 1f. wherein the report generating action comprises including information about the received message in a report accessible to an admin of the system; and | Google Workspace performs a report-generating action by including information about received messages in administrator-accessible reports, logs, or dashboards. For example, Google's spoofing report in the Security Center displays messages that show evidence of potential spoofing and breaks those messages down by similar domain, display name, and domain name. Google Workspace Email Log Search also allows administrators to find and review details about email messages sent and received by people in the organization, including searches by sender, date, or message ID, and to download results to Google Sheets or CSV.<br>See [Spoofing report \| Security & data protection \| Google Workspace Help] |

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | Spoofing report<br>Send feedback<br>*Supported editions for this feature: Frontline Plus; Enterprise Plus; Education Standard and Education Plus; Enterprise Essentials Plus. Compare your edition*<br>In the security dashboard, you can use the spoofing report to display the number of messages that show evidence of potential spoofing.<br>View the spoofing report<br>1. In the Google Admin console, go to Menu > **Security** > **Security center** > **Dashboard.**<br>Go to Dashboard<br>Requires having the Security center administrator privilege.<br>2. In the bottom-right corner of the **Spoofing** panel, click **View Report**. |

Exhibit 3 to Complaint

| Claim Language | Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service \| Google Workspace |
|---|---|
| | **Spoofing graph**<br><br>This graph shows messages broken down by *Similar domain*, *Display name*, and *Domain name*:<br><br>• **Similar domain**—Number of incoming messages from domains that look visually similar to trusted domains<br>• **Display name**—Number of messages where the message sender's name is a name in your Google Workspace directory, but the mail is not from your company's domains or domain aliases<br>• **Domain name**—Number of unauthenticated messages (SPF or DKIM) pretending to be from your domain<br><br>See also<br>https://web.archive.org/web/20260425054535/https://workspace.google.com/products/admin/security-center/: |

Exhibit 3 to Complaint

<table>
<tr><th>Claim Language</th><th>Evidence of Use by Google Workspace (previously G Suite)<br>Gmail: Business Email Accounts & Service | Google Workspace</th></tr>
<tr><td></td><td>


See also https://support.google.com/a/answer/6000239?hl=en
</td></tr>
<tr><td>1g. a memory coupled to the processor and configured to provide the processor with instructions.</td><td>Google Workspace is implemented on computing systems having processors and memory configured to execute the Gmail / Google Workspace email-security functionality described above. For hosted implementations, the processor and memory are part of Google's server infrastructure; for client-facing functionality, user devices also execute instructions associated with Gmail / Google Workspace interfaces.</td></tr>
</table>